B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Southern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Shelley Food Stores, Inc. II** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Shelley's Foodservice** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**22-2610223** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**520 White Plains Road**<br>**Suite 500**<br>**Tarrytown, NY**                                ZIP Code **10591** | Street Address of Joint Debtor (No. and Street, City, and State):                                ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Westchester** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**93 Albert Avenue**<br>**Newark, NJ**                                ZIP Code **07105** | Mailing Address of Joint Debtor (if different from street address):                                ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): **93 Albert Avenue Newark, NJ 07105** | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13) — Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Shelley Food Stores, Inc. II** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X_____
   Signature of Attorney for Debtor(s)   (Date)

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Shelley Food Stores, Inc. II** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** _____<br>Signature of Debtor<br><br>**X** _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>**X** _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| **X**  **/s/ Jonathan S. Pasternak**<br>Signature of Attorney for Debtor(s)<br><br>**Jonathan S. Pasternak**<br>Printed Name of Attorney for Debtor(s)<br><br>**DelBello Donnellan Weingarten Wise & Wiederkehr, LLP**<br>Firm Name<br><br>**One North Lexington Avenue**<br>**White Plains, NY 10601**<br>_____<br>Address<br><br>**(914) 681-0200  Fax: (914) 684-0288**<br>Telephone Number<br><br>**October 22, 2015**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>**X** _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X**  **/s/ Scott Geller**<br>Signature of Authorized Individual<br><br>**Scott Geller**<br>Printed Name of Authorized Individual<br><br>**President**<br>Title of Authorized Individual<br><br>**October 22, 2015**<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.* |

# United States Bankruptcy Court
## Southern District of New York

In re **Shelley Food Stores, Inc. II**, Debtor

Case No. _____

Chapter **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Scott Geller** <br> **118 Wellington Avenue** <br> **Short Hills, NJ 07078** | | **700 Shares** | |
| **Scott Geller 2011 Inter Vivos Trust** <br> **1118 Wellington Avenue** <br> **Short Hills, NJ 07078** | | **300 Shares** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **October 22, 2015**     Signature **/s/ Scott Geller**
                                        **Scott Geller**
                                        **President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0** continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of New York

In re: Shelley Food Stores, Inc. II
Debtor(s)

Case No.
Chapter 11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: October 22, 2015

/s/ Scott Geller
Scott Geller/President
Signer/Title

```
93 ALBERT AVE URBAN RENEWAL
ATTN: CHRISTINE AMBROSIO
P.O. BOX 821
PINE BROOK, NJ 07058


93 ALBERT AVE URBAN RENEWAL CO
ATTENTION: CHRISTINE AMBROSIO
PO BOX 821
PINE BROOK, NJ 07058


ACE ENDICO WHOLESALE FOOD CENTER
188 W LINCOLN AVE
MOUNT VERNON, NY 10550-1241


ADVANCE ACCEPTANCE/ALL LINES LEASING
100 PRAIRE CENTER DRIVE
EDEN PRAIRIE, MN 55344


ADVANCE RELOCATION & STORAGE OF NJ INC
195 SWEET HOLLOW ROAD
OLD BETHPAGE, NY 11804-1314


AEP ENERGY
DEPT. CH 19346
PALATINE, IL 60055-9346


ALL SEASONINGS
1043 FREEDOM DRIVE
ONEIDA, NY 13421-7108


ALL-LINES LEASING
DIVISION OF FIRST WESTERN BANK
100 PRAIRIE CENTER DRIVE
EDEN PRAIRIE, MN 55344


ALLE PROCESSING CORP.
5620 29TH STREET
MASPETH, NY 11378


ALLWOOD FORLENZA AGENCY
P.O. BOX 1557
CLIFTON, NJ 07015
```

```
AMERICAN EXPRESS
P.O. BOX 1270
NEWARK, NJ


ARNOLDS
274 HEYWARD STREET
BROOKLYN, NY 11206-2945


BUONA VITA, INC
1 S INDUSTRIAL BLVD
BRIDGETON, NJ 08302-3401


CAESAR'S PASTA PRODUCTS
1001 LOWER LANDING RD
#311
BLACKWOOD, NJ 08012


CERTIFIED PRODUCTS
269 KEARNEY AVE.
JERSEY CITY, NJ 07305-1633


CHASE CARD SERVICES
PO BOX 15153
WILMINGTON, DE 19886


CITY OF NEWARK/ WATER
DIVISION OF WATER/ BILLING
920  BROAD ST
NEWARK, NJ 07102-2609


CLEMENS FOOD GROUP
2700 CLEMENS ROAD
HATFIELD, PA 19440


COLORADO BOXED BEEF CO.
302 PROGESS ROAD
AUBURNDALE, FL 33823


COMCAST
ATTN. A DIGREGORIO
20TH FLOOR, 1701 JFK BLVD
PHILADELPHIA, PA 19103-2858
```

```
COOKS WHOLESALE FOODS
500 SAMSON STREET
OLD FORGE, PA 18518


DAGIM TAHORIM CO. INC
1681-54TH STREET
BROOKLYN, NY 11204-1429


DARLING INTERNATIONAL
825 WILSON AVE
NEWARK, NJ 07105-4183


DIRECT ENERGY
PO BOX  905243
CHARLOTTE, NC 28290


DUNCAN HARDWARE INC.
776-778 WEST SIDE AVE.
JERSEY CITY, NJ 07306-6602


E-Z EDGE INC.
6119 ADAMS STREET
WEST NEW YORK, NJ 07093-1505


EAGLE EQUIPMENT CORP
100 POTTSTWN PIKE
UWCHLAND, PA 19480


EFFECTIVE ALARM SYSTEMS
38 JOHNSON AVENUE
KEARNY, NJ 07032


EQUIPMENT RESOURCES CORP
P.O. BOX 438
EXTON, PA 19341


FEDERAL EXPRESS CORP.
P.O. BOX  371461
PITTSBURGH, PA 15250


FIRST SPICE MIXING CO.
33-33 GREENPOINT AVE.
LONG ISLAND CITY, NY 11101-2011
```

```
FOOD DIRECT
355 FOOD CENTER DRIVE
BRONX, NY 10474-7000


FORKLIFT HQ, LLC
PO BOX 7213
NORTH BRUNSWICK, NJ 08902-7213


G & C FOOD DISTRIBUTORS
3407 WALTERS ROAD
PO BOX 19000
SYRACUSE, NY 13209-9725


GACCIONE POMACO
ATTN: ALDO DITROLIO, ESQ.
524 UNION AVE/PO BOX 96
BELLEVILLE, NJ 07109


GLOBAL EQUIPMENT
PO BOX 905713
CHARLOTTE, NC 28290


GLOBAL FOOD SOLUTIONS
P.O. BOX 11115
HAUPPAUGE, NY 11788


GMR PACKAGING CORP.
160 TILLMAN STREET
WESTWOOD, NJ 07675-2628


GREEN VILLAGE PACKING CO.
P.O. BOX 204
GREEN VILLAGE, NJ 07935


HONOR FOODS
1801 NORTH 5TH STREET
PHILADELPHIA, PA 19122


HORIZON BLUE CROSS BLUE SHIELD
P.O. BOX 22439
NEWARK, NJ 07101


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346
```

```
INTERSTATE WASTE SERVICES
P.O. BOX 554744
DETROIT, MI 48255-4744


INTREP SOLUTIONS
PO BOX 485
HASBROUCK HEIGHTS, NJ 07604


J.C. EHRLICH CO. INC.
P.O. BOX 13848
READING, PA 19612-3848


JETRO CASH & CARRY (WHOLESALE)
1 AMITY ROAD
JERSEY CITY, NJ 07304-3509


JILCO EQUIPMENT LEASING CO.
377 CRANBURY HALF ACRE ROAD
CRANBURY, NJ 08512


K.W. RASTALL OIL
PO BOX 7174
NORTH BRUNSWICK, NJ 08902-7174


KING SOLOMON FOODS
5600 1ST AVENUE
BROOKLYN, NY 11220-2550


LEAF
P.O. BOX 644006
CINCINNATI, OH 45264


LEAF CAPITAL FUNDING, LLC
1720 A CRETE STREET
MOBERLY, MO 65270


LIPARIS SAUSAGE, INC.
220 6TH AVENUE
HAWTHORNE, NJ 07506-1556


LORENZO FOOD GROUP
196 COOLIDGE AVE
ENGLEWOOD, NJ 07631-4522
```

```
LOVE FARMS
204 ALBION AVE.
PATERSON, NJ 07502-1732


MAID RITE STEAK CO. INC.
P.O. BOX 827059
PHILADELPHIA, PA 19182


MANDELBAUM SALSBURG
CHERYL H. BURSTEIN, ESQ.
3 BECKER FARM ROAD, SUITE 105
ROSELAND, NJ 07068


MENDON TRUCK LEASING & RENTAL
362 KINGSLAND AVENUE
BROOKLYN, NY 11222-1905


MIBAR
1412 BROADWAY
SUITE 410
NEW YORK, NY 10018-3331


MRS. RESSLER'S FOOD PRODUCTS
P.O. BOX 47423
PHILADELPHIA, PA 19160


MTLR CORP DBA MENDON TRUCK
DBA MENDON TRUCK LEASING
362 KIMGSLAND AVENUE
BROOKLYN, NY 11222


NATIONAL BEEF INC.
12200 NORTH AMBASSADOR DRIVE
KANSAS CITY, MO 64163-1244


NAVMAN WIRELESS
DEPT CH 19371
PALATINE, IL 60055


NEBRASKALAND INC.
355 FOOD CENTER DRIVE
BUILDING G
BRONX, NY 10474
```

```
NEW BRUNSWICK SAW SERVICE INC.
400 LINCOLN BLVD
MIDDLESEX, NJ 08846-2439


NJ ATTORNEY GENERAL OFFICE
RICHARD J. HUGHS JUSTICE COMP.
25 MARKET ST., PO BOX 112
TRENTON, NJ 08625-0112


NJ DIVISION OF TAXATAION
COMP/ENFOR.- BANKRUPTCY UNIT
50 BARRACK ST., 9TH FL
TRENTON, NJ 08695-0267


NJ ECONOMIC AUTHORITY
LISA COANE, DIR. PORTFOLIO SER
36 WEST STATE STREET
TRENTON, NJ 08625


NJ ECONOMIC DEV. AUTHORITY
P.O. BOX 18634
NEWARK, NJ 07191-8634


NJ ECONOMIC DEVELOPMENT AUTH.
DIR, FINANCE & BOND PORTFOLIO
PO BOX 990
TRENTON, NJ 08625-0990


NJ STATE DEPT. OF LABOR
DIVISION OF EMPLOYEE ACCTS.
PO BOX 059
TRENTON, NJ 08625-0059


NYC DEPT OF FINANCE
PARKING VIOLATIONS
PO BOX 2127 PECK SLIP STATION
NEW YORK, NY 10272


NYS DEPAT. OF TAX & FINANCE
BANKRUPTCY SPECIAL PROCEDURES
P.O. BOX 5300
ALBANY, NY 12205-0300
```

```
OCEAN EDGE FOODS LLC
3 EXPRESSWAY PLAZA
SUITE 115
ROSLYN HEIGHTS, NY 11577-2033


OFFICE OF THE U.S. TRUSTEE
US FEDERAL OFFICE BUILDING
201 VARICK STREET, STE 1006
NEW YORK, NY 10014


ON TARGET
11 W RAMAPO RD
GARNERVILLE, NY 10923-1709


OPTIMUM
P.O. BOX 371378
PITTSBURGH, PA 15250-7378


PARAMOUNT WHOLESALE FOODS
3351 TREMELY POINT RD
SUITE #2
LINDEN, NJ 07036-3575


PHELPS CONSTRUCTION GROUP
315 WOOTTON ST
BOONTON, NJ 07005


PORK KING SAUSAGE INC.
355 FOOD CENTER DRIVE
BRONX, NY 10474


PORKY PRODUCTS INC
400 PORT CARTERET DRIVE
CARTERET, NJ 07008


PRATT CORRUGATED HOLDINGS
PRATT INDUSTRIES (U.S.A), INC.
PRATT CORRUGATED HOLDINGS
ATLANTA, GA 31193


PREFERRED FREEZERS
100 POLAR WAY
LINCOLN PARK, NJ 07035
```

```
PSE&G
P.O. BOX 7777
ELIZABETH, NJ 07201


PSE&G
PO BOX 14444
NEW BRUNSWICK, NJ 08906-6000


QUALITY ELECTRIC
HAMILTON BUSINESS PARK
85 FRANKLIN RD UNIT 9B
DOVER, NJ 07801-5632


QUALITY REFRIGERATION
P.O. BOX 684
PITTSTOWN, NJ 08867


RABINOWITZ LUBETKIN TULLY LLC
293 EISENHOWER PARKWAY
SUITE 100
LIVINGSTON, NJ 07039-1711


REDDY RAW & AFFILIATED CO.
1 ETHEL BOULEVARD
WOOD RIDGE, NJ 07075-2400


REGUS MANAGEMENT GROUP, LLC
P.O. BOX 842456
DALLAS, TX 75284


ROBERT REISER & CO., INC
725 DEDHAM STREET
CANTON, MA 02021-1402


RUSSELL REID
PO BOX 130
KEASBEY, NJ 08832-0130


SAFEWAY FRESH FOODS, LLC
97 NORTH MILL ROAD
VINELAND, NJ 08360


SALEM TRUCK LEASING INC.
PO BOX 369022
BROOKLYN, NY 11236
```

```
SALEM TRUCK LEASING, INC.
9505 AVENUE D
BROOKLYN, NY 11236


SANTANDER BANK, N.A.
824 N. MARKET STREET, STE 100
WILMINGTON, DE 19801-4937


SANTANDER BANK, N.A.
NJ1-6514-CC4
830 MORRIS TURNPIKE, 4TH FLOOR
SHORT HILLS, NJ 07078


SANTEC
1420 LINCOLN STREET
LINDEN, NJ 07036


SCOTT & FELICIA GELLER
118 WELLINGTON AVENUE
SHORT HILLS, NJ 07078


SCOTT GELLER
118 WELLINGTON AVENUE
SHORT HILLS, NJ 07078


SEAFOOD DOCTOR INC
817 BENNETT AVE
MEDFORD, OR 97504-6715


SEAFOOD EXPERT WEST INC.
4564 160 STREET
FLUSHING, NY 11358-3152


SHELLEY GELLER
42 SCHMIDT CIRCLE
JERSEY CITY, NJ 07306


SIEGMEISTER SALES & SERV INC.
1407 CHESTNUT AVE
HILLSIDE, NJ 07205


SIGNS & THINGS INC.
55A CENTRAL AVENUE
FARMINGDALE, NY 11735-6909
```

```
SMITHFIELD FARMLAND
14538 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0145


SOLOMON PAGE GROUP LLC
P.O. BOX 75314
CHICAGO, IL 60675


SOMMER MAID CREAMERY
P.O. BOX 350
DOYLESTOWN, PA 18901


STAPLES BUSINESS ADVANTAGE
PO BOX 30851
HNJ
HARTFORD, CT 06150


STEPHEN GOULD CORPORATION
35 SOUTH JEFFERSON ROAD
WHIPPANY, NJ 07981-1034


STICKEL PACKAGING SUPPLY
1991 RUTGERS UNIVERSITY BLVD
LAKEWOOD INDUSTRIAL PARK
LAKEWOOD, NJ 08701-4538


TENNANT SALES AND SERVICE COMPANY
PO BOX 71414
CHICAGO, IL 60694-1414


THOMAS L. HOFSTETTER, ESQ.
SCHENCK PRICE SMITH & KING LLP
220 PARK AVENUE/PO BOX 991
FLORHAM PARK, NJ 07932


UFCW 464A
UNITED FOOD&COMMERCIAL WORKERS
245 PATERSON AVENUE
LITTLE FALLS, NJ 07424


UFCW LOCAL 464
245 PATERSON AVE.
LITTLE FALLS, NJ 07424-4629
```

```
UNIFIRST CORPORATION
54 S. JEFFERSON ROAD
WHIPPANY, NJ 07981-1088


UNIVERSITY RADIOLOGY GROUP
PO BOX 1075
EAST BRUNSWICK, NJ 08816


UPSTATE DAIRY FARMS
54 WALWORTH STREET
BROOKLYN, NY 11205


VINCENT P. MALTESE, ESQ.
90 WOODBRIDGE CENTER DR #900
WOODBRIDGE, NJ 07095


WEICHSEL BEEF CO., INC.
525 WEST STREET
NEW YORK, NY 10014-1503


WEST SIDE FOODS
PO BOX 740456
HUNTS POINT POST OFFICE
BRONX, NY 10474


WILENTZ GOLDMAN & SPITZER
90 WOODBRIDGE CENTER DRIVE
SUITE 900
WOODBRIDGE, NJ 07095-1155


WILLIAM J. GUARINI INC.
76 FISK AVE
.
JERSEY CITY, NJ 07305-1118


WONDER MEATS INC.
20 BROAD STREET #1
CARLSTADT, NJ 07072


WT WINTER ASSOCIATES
20 KULICK ROAD
FAIRFIELD, NJ 07004-3308
```

# United States Bankruptcy Court
## Southern District of New York

In re  Shelley Food Stores, Inc. II                                                  Case No.
                                          Debtor(s)                                  Chapter    11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Shelley Food Stores, Inc. II   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

October 22, 2015                                         /s/ Jonathan S. Pasternak
Date                                                     Jonathan S. Pasternak
                                                         Signature of Attorney or Litigant
                                                         Counsel for   Shelley Food Stores, Inc. II
                                                         DelBello Donnellan Weingarten Wise & Wiederkehr, LLP
                                                         One North Lexington Avenue
                                                         White Plains, NY 10601
                                                         (914) 681-0200 Fax:(914) 684-0288

**United States Bankruptcy Court**
**Southern District of New York**

In re   Shelley Food Stores, Inc. II                              Case No.
                                                     Debtor(s)    Chapter      11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Scott Geller, declare under penalty of perjury that I am the President of Shelley Food Stores, Inc. II, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 19th day of October, 2015.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Scott Geller, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Scott Geller, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Scott Geller, President of this Corporation is authorized and directed to employ Jonathan S. Pasternak, attorney and the law firm of DelBello Donnellan Weingarten Wise & Wiederkehr, LLP to represent the corporation in such bankruptcy case."

Date   October 19, 2015                         Signed   */s/ Scott Geller*
                                                         Scott Geller

Resolution of Board of Directors
of
Shelley Food Stores, Inc. II

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Scott Geller, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Scott Geller, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Scott Geller, President of this Corporation is authorized and directed to employ Jonathan S. Pasternak, attorney and the law firm of DelBello Donnellan Weingarten Wise & Wiederkehr, LLP to represent the corporation in such bankruptcy case.

Date  October  19, 2015                                Signed   */s/ Scott Geller*

Date  October  19, 2015                                Signed