Exhibit "A"

**PAYROLL JOURNAL - PORTRAIT**
SHELLEY FOOD STORES INC II - X429

CHECK DATE 10/23/2015  WEEK  43
PERIOD BEGIN 10/04/2015  PERIOD END 10/17/2015

10/23/2015
PAGE   1

| EMPLOYEE NAME | | HOURS | GROSS | FEDERAL | OASDI | STATE | LOCAL | TAXES | NET PAY |
| EMP ID   S S NO. | RATE | | EARNINGS | EIC | MEDICARE | SDI | OTHER | DEDUCTS | CHECK NO |
|---|---|---|---|---|---|---|---|---|---|

**GELLER, SCOTT**

| | | 0.00 | 7230.00 | 1132.23 | 0.00 | 318.02 | 0.00 | 1555.09 | 0.00 |
| 39603  XXX-XX-XXXX  26  M7/M7 | | | | 0.00 | 104.84 | 0.00 | 0.00 | 5674.91 | DIRDEP |
| E  SA SALARY | | | 7230.00 | 101 | | D  AR AUTO REIMBURSE | | -461.54 | |
| | | | | | | D  C1 CHECKING 1 | | 3536.45 | |
| | | | | | | D  C2 CHECKING 2 | | 600.00 | |
| | | | | | | D  C3 CHECKING 3 | | 2000.00 | |

--------------------------------------------------------------------------------

**\* OFFICER**

| | | 0.00 | 7230.00 | 1132.23 | 0.00 | 318.02 | 0.00 | 1555.09 | 0.00 |
| 101 | | | | 0.00 | 104.84 | 0.00 | 0.00 | 5674.91 | |
| 1 EMPLOYEES     1 CHECKS | | | | | | | | | |
| E  SA SALARY | | | 7230.00 | | | D  AR AUTO REIMBURSE | | -461.54 | |
| | | | | | | D  C1 CHECKING 1 | | 3536.45 | |
| | | | | | | D  C2 CHECKING 2 | | 600.00 | |
| | | | | | | D  C3 CHECKING 3 | | 2000.00 | |

**EMPLOYER TAXES**

| FED MEDICARE | 104.84 | | | | | TOTAL ER TAXES | | 104.84 | |

--------------------------------------------------------------------------------

**BARNETT, MICHAEL**

| | | 0.00 | 1116.25 | 17.01 | 69.21 | 17.08 | 0.00 | 119.49 | 996.76 |
| 96691  XXX-XX-XXXX  26  M4/M4 | | | 1200.00 | 0.00 | 16.19 | 0.00 | 0.00 | 0.00 | 3577004531 |
| E  1P MED125 | | | -83.75 | 102 | | | | | |
| E  SA SALARY | | | 1200.00 | 102 | | | | | |

--------------------------------------------------------------------------------

**BROWN, TERREL**

| | | 0.00 | 1316.25 | 166.43 | 81.61 | 25.18 | 0.00 | 303.03 | 0.00 |
| 96654  XXX-XX-XXXX  26  S0/S0 | | | 1400.00 | 0.00 | 19.09 | 3.50 | 7.22 | 1013.22 | DIRDEP |
| E  1P MED125 | | | -83.75 | 102 | | D  C1 CHECKING 1 | | 1013.22 | |
| E  SA SALARY | | | 1400.00 | 102 | | | | | |

--------------------------------------------------------------------------------

**BURNS, LAURA**

| | | 0.00 | 2360.20 | 268.93 | 146.33 | 46.42 | 0.00 | 495.90 | 0.00 |
| 43329  XXX-XX-XXXX  26  M0/M0 | | | 2360.20 | 0.00 | 34.22 | 0.00 | 0.00 | 1864.30 | DIRDEP |
| E  SA SALARY | | | 2360.20 | 102 | | D  AR AUTO REIMBURSE | | -230.77 | |
| | | | | | | D  C1 CHECKING 1 | | 2141.23 | |
| | | | | | | D  UA UNIFORM ALLOWA | | -46.16 | |

--------------------------------------------------------------------------------

**COLEMAN, JOSEPH P**

| | | 0.00 | 3284.62 | 414.91 | 203.65 | 83.05 | 0.00 | 749.24 | 0.00 |
| 14754  XXX-XX-XXXX  26  M0/M0 | | | 3284.62 | 0.00 | 47.63 | 0.00 | 0.00 | 2535.38 | DIRDEP |
| E  SA SALARY | | | 3284.62 | 102 | | D  C1 CHECKING 1 | | 2535.38 | |

--------------------------------------------------------------------------------

**JACKSON, NICOLE**

| | | 0.00 | 1050.00 | 57.26 | 65.10 | 14.85 | 0.00 | 160.49 | 0.00 |
| 96583  XXX-XX-XXXX  26  S3/S3 | | | | 0.00 | 15.23 | 2.63 | 5.42 | 889.51 | DIRDEP |
| E  SA SALARY | | | 1050.00 | 102 | | D  C1 CHECKING 1 | | 889.51 | |

**PAYROLL JOURNAL - PORTRAIT**
SHELLEY FOOD STORES INC II - X429

CHECK DATE 10/23/2015  WEEK  43
PERIOD BEGIN 10/04/2015  PERIOD END 10/17/2015

10/23/2015
PAGE   2

| EMPLOYEE NAME | | HOURS | GROSS | FEDERAL | OASDI | STATE | LOCAL | TAXES | NET PAY |
| EMP ID   S S NO. | RATE | | EARNINGS | EIC | MEDICARE | SDI | OTHER | DEDUCTS | CHECK NO |
|---|---|---|---|---|---|---|---|---|---|
| **LAM, CYNDI** | | 70.75 | 707.50 | 75.12 | 43.87 | 10.61 | 0.00 | 145.28 | 0.00 |
| 96579  XXX-XX-XXXX  26  S0/S0 | | | | 0.00 | 10.26 | 1.77 | 3.65 | 562.22 | DIRDEP |
| E   1 HOURLY PAY | 10.000 | 70.75 | 707.50 102 | | | D C1 CHECKING 1 | | 562.22 | |
| **MAKULA, BELA** | | 0.00 | 6000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6000.00 |
| 96723  XXX-XX-XXXX  26  M1/M1 | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3577004532 |
| E  SA SALARY | | | 6000.00 102 | | | | | | |
| **MC GEE, KRISTEN** | | 0.00 | 970.00 | 114.49 | 60.14 | 15.55 | 0.00 | 211.67 | 0.00 |
| 96486  XXX-XX-XXXX  26  S0/S0 | | | | 0.00 | 14.07 | 2.43 | 4.99 | 758.33 | DIRDEP |
| E  SA SALARY | | | 970.00 102 | | | D C1 CHECKING 1 | | 758.33 | |
| **MORADI, DAVIDAH** | | 0.00 | 1600.00 | 185.91 | 99.20 | 31.98 | 0.00 | 352.53 | 0.00 |
| 96736  XXX-XX-XXXX  26  S1/S1 | | | | 0.00 | 23.20 | 4.00 | 8.24 | 1247.47 | DIRDEP |
| E  SA SALARY | | | 1600.00 102 | | | D C1 CHECKING 1 | | 1247.47 | |
| **MULLINS, KEVIN** | | 65.75 | 978.03 | 69.54 | 60.64 | 14.18 | 0.00 | 166.03 | 0.00 |
| 96539  XXX-XX-XXXX  26  S2/S2 | | | 978.03 | 0.00 | 14.18 | 2.45 | 5.04 | 812.00 | DIRDEP |
| E   1 HOURLY PAY | 14.875 | 57.75 | 859.03 102 | | | D 1C CHILD SUPPORT | | 204.00 | |
| E  S SICK | 14.875 | 8.00 | 119.00 102 | | | D C1 CHECKING 1 | | 608.00 | |
| **ROJO, ALEXIS** | | 67.25 | 1412.25 | 126.74 | 87.56 | 24.40 | 0.00 | 259.18 | 0.00 |
| 96527  XXX-XX-XXXX  26  M0/M0 | | | | 0.00 | 20.48 | 0.00 | 0.00 | 1153.07 | DIRDEP |
| E   1 HOURLY PAY | 21.000 | 67.25 | 1412.25 102 | | | D 10 U | | 19.12 | |
| | | | | | | D C1 CHECKING 1 | | 1133.95 | |
| **\* CLERICAL/ADMIN** | | 203.75 | 20795.10 | 1496.34 | 917.31 | 283.30 | 0.00 | 2962.84 | 6996.76 |
| 102 | | | 20962.60 | 0.00 | 214.55 | 16.78 | 34.56 | 10835.50 | |
| 11 EMPLOYEES     11 CHECKS | | | | | | | | | |
| E   1 HOURLY PAY | | 195.75 | 2978.78 | | | D 10 U | | 19.12 | |
| E  S SICK | | 8.00 | 119.00 | | | D 1C CHILD SUPPORT | | 204.00 | |
| E  1P MED125 | | | -167.50 | | | D AR AUTO REIMBURSE | | -230.77 | |
| E  SA SALARY | | | 17864.82 | | | D C1 CHECKING 1 | | 10889.31 | |
| | | | | | | D  UA UNIFORM ALLOWA | | -46.16 | |

**EMPLOYER TAXES**

| | | | | | |
|---|---|---|---|---|---|
| FED OASDI | 917.31 | STATE SDI | 6.71 | TOTAL ER TAXES | 1366.56 |
| FED MEDICARE | 214.55 | STATE SUI | 220.11 | | |
| | | NJ ER WORKFORCE | 7.88 | | |

| **ALSTON, SANDERS** | | 82.25 | 1017.00 | 98.46 | 63.05 | 15.72 | 0.00 | 199.76 | 817.24 |
|---|---|---|---|---|---|---|---|---|---|
| 96743  XXX-XX-XXXX  26  S1/S1 | | | | 0.00 | 14.75 | 2.54 | 5.24 | 0.00 | 3577004533 |
| E   1 HOURLY PAY | 12.000 | 77.25 | 927.00 103 | | | | | | |
| E   2 OVERTIME | 18.000 | 5.00 | 90.00 103 | | | | | | |

# PAYROLL JOURNAL - PORTRAIT
**SHELLEY FOOD STORES INC II - X429**

CHECK DATE 10/23/2015  WEEK  43
PERIOD BEGIN 10/04/2015  PERIOD END 10/17/2015

10/23/2015
PAGE    3

| EMPLOYEE NAME | | HOURS | GROSS | FEDERAL | OASDI | STATE | LOCAL | TAXES | NET PAY |
| EMP ID   S S NO. | RATE | | EARNINGS | EIC | MEDICARE | SDI | OTHER | DEDUCTS | CHECK NO |
|---|---|---|---|---|---|---|---|---|---|
| **BERRY, STANLEY** | | 79.25 | 969.00 | 91.26 | 60.08 | 14.76 | 0.00 | 187.56 | 769.64 |
| 96732  XXX-XX-XXXX  26  S1/S1 | | | | 0.00 | 14.05 | 2.42 | 4.99 | 11.80 | 3577004534 |
| E   1 HOURLY PAY | 12.000 | 76.25 | 915.00 | 103 | | D  L3 LOAN 1 | | 11.80 | |
| E   2 OVERTIME | 18.000 | 3.00 | 54.00 | 103 | | | | | |
| **CHATMON, CASEY** | | 65.25 | 832.50 | 70.79 | 51.62 | 12.03 | 0.00 | 152.87 | 0.00 |
| 96686  XXX-XX-XXXX  26  S1/S1 | | | | 0.00 | 12.07 | 2.08 | 4.28 | 679.63 | DIRDEP |
| E   1 HOURLY PAY | 12.000 | 57.00 | 684.00 | 103 | | D  C1 CHECKING 1 | | 679.63 | |
| E   2 OVERTIME | 18.000 | 8.25 | 148.50 | 103 | | | | | |
| **FILGUEIRAS, VICENTE** | | 74.00 | 1198.00 | 40.57 | 74.28 | 17.81 | 0.00 | 159.20 | 0.00 |
| 96730  XXX-XX-XXXX  26  M3/M3 | | | | 0.00 | 17.37 | 3.00 | 6.17 | 1038.80 | DIRDEP |
| E   1 HOURLY PAY | 16.000 | 72.25 | 1156.00 | 103 | | D  C1 CHECKING 1 | | 1038.80 | |
| E   2 OVERTIME | 24.000 | 1.75 | 42.00 | 103 | | | | | |
| **GARCIA, ORLANDO** | | 72.25 | 1228.25 | 153.23 | 76.15 | 20.72 | 0.00 | 277.31 | 950.94 |
| 96609  XXX-XX-XXXX  26  S0/S0 | | | | 0.00 | 17.81 | 3.07 | 6.33 | 0.00 | 3577004535 |
| E   1 HOURLY PAY | 17.000 | 32.25 | 548.25 | 103 | | | | | |
| E   V VACATION | 17.000 | 40.00 | 680.00 | 103 | | | | | |
| **GEORGE, RONNIE** | | 82.75 | 860.88 | 75.05 | 53.37 | 14.28 | 0.00 | 162.40 | 698.48 |
| 96685  XXX-XX-XXXX  26  S1/S1 | | | 944.63 | 0.00 | 12.48 | 2.36 | 4.86 | 0.00 | 3577004536 |
| E   1 HOURLY PAY | 11.000 | 76.50 | 841.50 | 103 | | | | | |
| E   2 OVERTIME | 16.500 | 6.25 | 103.13 | 103 | | | | | |
| E  1P MED125 | | | -83.75 | 103 | | | | | |
| **GLOVER, NORMAN** | | 71.50 | 858.00 | 74.61 | 53.20 | 12.54 | 0.00 | 159.35 | 698.65 |
| 96742  XXX-XX-XXXX  26  S1/S1 | | | | 0.00 | 12.44 | 2.15 | 4.41 | 0.00 | 3577004537 |
| E   1 HOURLY PAY | 12.000 | 71.50 | 858.00 | 103 | | | | | |
| **GONZALEZ, CHAVEZ** | | 19.25 | 250.25 | 0.00 | 15.52 | 2.60 | 0.00 | 23.68 | 226.57 |
| 96701  XXX-XX-XXXX  26  M2/M2 | | | | 0.00 | 3.63 | 0.63 | 1.30 | 0.00 | 3577004538 |
| E   1 HOURLY PAY | 13.000 | 19.25 | 250.25 | 103 | | | | | |
| **GREEN, MARC** | | 63.00 | 1694.70 | 177.04 | 105.07 | 35.42 | 0.00 | 342.10 | 0.00 |
| 42544  XXX-XX-XXXX  26  S2/S2 | | | 1694.70 | 0.00 | 24.57 | 0.00 | 0.00 | 1352.60 | DIRDEP |
| E   1 HOURLY PAY | 26.900 | 63.00 | 1694.70 | 103 | | D  10 U | | 19.12 | |
| | | | | | | D  S1 SAVINGS 1 | | 1333.48 | |
| **GREENE JR, MARC A** | | 57.00 | 684.00 | 48.51 | 42.41 | 9.68 | 0.00 | 115.76 | 408.24 |
| 96731  XXX-XX-XXXX  26  S1/S1 | | | | 0.00 | 9.92 | 1.71 | 3.53 | 160.00 | 3577004539 |
| E   1 HOURLY PAY | 12.000 | 57.00 | 684.00 | 103 | | D  1C CHILD SUPPORT | | 160.00 | |
| **GUERRERO, JORGE** | | 96.50 | 1016.13 | 121.41 | 63.00 | 18.15 | 0.00 | 225.71 | 0.00 |
| 96499  XXX-XX-XXXX  26  S0/S0 | | | 1099.88 | 0.00 | 14.73 | 2.75 | 5.67 | 790.42 | DIRDEP |
| E   1 HOURLY PAY | 10.500 | 80.00 | 840.00 | 103 | | D  C1 CHECKING 1 | | 790.42 | |
| E   2 OVERTIME | 15.750 | 16.50 | 259.88 | 103 | | | | | |
| E  1P MED125 | | | -83.75 | 103 | | | | | |

**PAYROLL JOURNAL - PORTRAIT**
**SHELLEY FOOD STORES INC II - X429**

CHECK DATE 10/23/2015  WEEK  43
PERIOD BEGIN 10/04/2015  PERIOD END 10/17/2015

10/23/2015
PAGE   4

| EMPLOYEE NAME | | HOURS | GROSS | FEDERAL | OASDI | STATE | LOCAL | TAXES | NET PAY |
| EMP ID    S S NO. | RATE | | EARNINGS | EIC | MEDICARE | SDI | OTHER | DEDUCTS | CHECK NO |
|---|---|---|---|---|---|---|---|---|---|
| **JACKSON, DWAYNE** | | 68.25 | 677.24 | 47.50 | 41.99 | 10.84 | 0.00 | 115.96 | 0.00 |
| 42931  XXX-XX-XXXX  26  S1/S1 | | | 760.99 | 0.00 | 9.82 | 1.90 | 3.91 | 561.28 | DIRDEP |
| E   1 HOURLY PAY | 11.150 | 60.25 | 671.79 | 103 | | D 1C CHILD SUPPORT | | 166.00 | |
| E   S SICK | 11.150 | 8.00 | 89.20 | 103 | | D C1 CHECKING 1 | | 395.28 | |
| E  1P MED125 | | | -83.75 | 103 | | | | | |
| --------- | | | | | | | | | --------- |
| **KELLY, EUGENE** | | 100.50 | 1329.00 | 145.26 | 82.40 | 21.96 | 0.00 | 279.05 | 1049.95 |
| 96741  XXX-XX-XXXX  26  S1/S1 | | | | 0.00 | 19.27 | 3.32 | 6.84 | 0.00 | 3577004540 |
| E   1 HOURLY PAY | 12.000 | 80.00 | 960.00 | 103 | | | | | |
| E   2 OVERTIME | 18.000 | 20.50 | 369.00 | 103 | | | | | |
| --------- | | | | | | | | | --------- |
| **LEPARD, FRANK** | | 30.75 | 369.00 | 28.05 | 22.88 | 5.54 | 0.00 | 64.64 | 304.36 |
| 96735  XXX-XX-XXXX  26  S0/S0 | | | | 0.00 | 5.35 | 0.92 | 1.90 | 0.00 | 3577004541 |
| E   1 HOURLY PAY | 12.000 | 30.75 | 369.00 | 103 | | | | | |
| --------- | | | | | | | | | --------- |
| **MITCHELL, FRANK** | | 74.75 | 1975.20 | 309.91 | 122.46 | 57.22 | 0.00 | 518.23 | 0.00 |
| 46990  XXX-XX-XXXX  26  S0/S0 | | | 1975.20 | 0.00 | 28.64 | 0.00 | 0.00 | 1456.97 | DIRDEP |
| E   1 HOURLY PAY | 26.380 | 66.50 | 1754.27 | 103 | | D 10 U | | 19.12 | |
| E   2 OVERTIME | 39.570 | 0.25 | 9.89 | 103 | | D C1 CHECKING 1 | | 1437.85 | |
| E   S SICK | 26.380 | 8.00 | 211.04 | 103 | | | | | |
| --------- | | | | | | | | | --------- |
| **MIXON JR, WILLIE** | | 71.50 | 917.25 | 43.26 | 56.87 | 15.40 | 0.00 | 136.49 | 780.76 |
| 96698  XXX-XX-XXXX  26  M1/M1 | | | 1001.00 | 0.00 | 13.30 | 2.50 | 5.16 | 0.00 | 3577004542 |
| E   1 HOURLY PAY | 14.000 | 31.50 | 441.00 | 103 | | | | | |
| E   V VACATION | 14.000 | 40.00 | 560.00 | 103 | | | | | |
| E  1P MED125 | | | -83.75 | 103 | | | | | |
| --------- | | | | | | | | | --------- |
| **MORALES, JOSE** | | 79.25 | 985.78 | 65.50 | 61.12 | 17.54 | 0.00 | 166.62 | 0.00 |
| 96437  XXX-XX-XXXX  26  M0/M0 | | | 1069.53 | 0.00 | 14.29 | 2.67 | 5.50 | 819.16 | DIRDEP |
| E   1 HOURLY PAY | 13.390 | 70.00 | 937.30 | 103 | | D C1 CHECKING 1 | | 819.16 | |
| E   2 OVERTIME | 20.085 | 1.25 | 25.11 | 103 | | | | | |
| E   S SICK | 13.390 | 8.00 | 107.12 | 103 | | | | | |
| E  1P MED125 | | | -83.75 | 103 | | | | | |
| --------- | | | | | | | | | --------- |
| **PEEPLES, DEREK M.** | | 77.25 | 782.50 | 29.79 | 48.52 | 11.16 | 0.00 | 106.80 | 427.70 |
| 96674  XXX-XX-XXXX  26  M1/M1 | | | | 0.00 | 11.35 | 1.96 | 4.02 | 248.00 | 3577004543 |
| E   1 HOURLY PAY | 10.000 | 75.25 | 752.50 | 103 | | D 1C CHILD SUPPORT | | 248.00 | |
| E   2 OVERTIME | 15.000 | 2.00 | 30.00 | 103 | | | | | |
| --------- | | | | | | | | | --------- |
| **ROYAL III, DAVID** | | 62.50 | 478.75 | 23.64 | 29.68 | 7.86 | 0.00 | 72.43 | 116.32 |
| 96667  XXX-XX-XXXX  26  S1/S1 | | | 562.50 | 0.00 | 6.94 | 1.41 | 2.90 | 290.00 | 3577004544 |
| E   1 HOURLY PAY | 9.000 | 62.50 | 562.50 | 103 | | D 1C CHILD SUPPORT | | 290.00 | |
| E  1P MED125 | | | -83.75 | 103 | | | | | |
| --------- | | | | | | | | | --------- |
| **TROWELL, FREDDY** | | 77.75 | 942.00 | 87.21 | 58.40 | 14.22 | 0.00 | 180.70 | 0.00 |
| 96729  XXX-XX-XXXX  26  S1/S1 | | | | 0.00 | 13.66 | 2.36 | 4.85 | 761.30 | DIRDEP |
| E   1 HOURLY PAY | 12.000 | 76.25 | 915.00 | 103 | | D C1 CHECKING 1 | | 761.30 | |
| E   2 OVERTIME | 18.000 | 1.50 | 27.00 | 103 | | | | | |
| --------- | | | | | | | | | --------- |

**PAYROLL JOURNAL - PORTRAIT**
SHELLEY FOOD STORES INC II - X429

CHECK DATE 10/23/2015 WEEK 43
PERIOD BEGIN 10/04/2015 PERIOD END 10/17/2015

10/23/2015
PAGE   5

| EMPLOYEE NAME | | HOURS | GROSS | FEDERAL | OASDI | STATE | LOCAL | TAXES | NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| EMP ID   S S NO. | RATE | | EARNINGS | EIC | MEDICARE | SDI | OTHER | DEDUCTS | CHECK NO |

**\* WHOLESALE**

| | | HOURS | GROSS | FEDERAL | OASDI | STATE | LOCAL | TAXES | NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| **\* WHOLESALE** | | 1405.50 | 19065.43 | 1731.05 | 1182.07 | 335.45 | 0.00 | 3646.62 | 7248.85 |
| 103 | | | 19567.93 | 0.00 | 276.44 | 39.75 | 81.86 | 8169.96 | |
| 20 EMPLOYEES    20 CHECKS | | | | | | | | | |
| E   1 HOURLY PAY | | 1235.25 | 16762.06 | | | D 10 U | | 38.24 | |
| E   2 OVERTIME | | 66.25 | 1158.51 | | | D 1C CHILD SUPPORT | | 864.00 | |
| E   S SICK | | 24.00 | 407.36 | | | D C1 CHECKING 1 | | 5922.44 | |
| E   V VACATION | | 80.00 | 1240.00 | | | D L3 LOAN 1 | | 11.80 | |
| E  1P MED125 | | | -502.50 | | | D S1 SAVINGS 1 | | 1333.48 | |

**EMPLOYER TAXES**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FED OASDI | 1182.07 | STATE SDI | | 15.89 | TOTAL ER TAXES | | 2036.34 |
| FED MEDICARE | 276.44 | STATE SUI | | 521.84 | | | |
| FED FUI | 21.43 | NJ ER WORKFORCE | | 18.67 | | | |

---

**ALBUQUERQUE, FERNANDO**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ALBUQUERQUE, FERNANDO | | 54.00 | 732.00 | 55.71 | 45.38 | 10.40 | 0.00 | 127.70 | 604.30 |
| 96737  XXX-XX-XXXX  26  S1/S1 | | | | 0.00 | 10.61 | 1.83 | 3.77 | 0.00 | 3577004545 |
| E   1 HOURLY PAY | 12.000 | 40.00 | 480.00 105 | | | | | | |
| E   2 OVERTIME | 18.000 | 14.00 | 252.00 105 | | | | | | |

---

**BARBOZA, GARY**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| BARBOZA, GARY | | 84.50 | 1034.46 | 124.16 | 64.14 | 18.52 | 0.00 | 221.82 | 812.64 |
| 96451  XXX-XX-XXXX  26  S0/S0 | | | 1118.21 | 0.00 | 15.00 | 0.00 | 0.00 | 0.00 | 3577004546 |
| E   1 HOURLY PAY | 12.890 | 80.00 | 1031.20 105 | | | | | | |
| E   2 OVERTIME | 19.335 | 4.50 | 87.01 105 | | | | | | |
| E  1P MED125 | | | -83.75 105 | | | | | | |

---

**HARRISON, NATHANIEL**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| HARRISON, NATHANIEL | | 73.75 | 889.50 | 56.26 | 55.15 | 12.41 | 0.00 | 143.52 | 0.00 |
| 96726  XXX-XX-XXXX  26  S2/S2 | | | | 0.00 | 12.90 | 2.22 | 4.58 | 745.98 | DIRDEP |
| E   1 HOURLY PAY | 12.000 | 73.00 | 876.00 105 | | | D C1 CHECKING 1 | | 745.98 | |
| E   2 OVERTIME | 18.000 | 0.75 | 13.50 105 | | | | | | |

---

**HINKSON, DARRYL**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| HINKSON, DARRYL | | 96.50 | 1173.25 | 75.75 | 72.74 | 18.99 | 0.00 | 194.10 | 0.00 |
| 96684  XXX-XX-XXXX  26  S3/S3 | | | 1257.00 | 0.00 | 17.01 | 3.14 | 6.47 | 979.15 | DIRDEP |
| E   1 HOURLY PAY | 12.000 | 80.00 | 960.00 105 | | | D 1C CHILD SUPPORT | | 130.00 | |
| E   2 OVERTIME | 18.000 | 16.50 | 297.00 105 | | | D C1 CHECKING 1 | | 849.15 | |
| E  1P MED125 | | | -83.75 105 | | | | | | |

---

**PIERRE, EMMANUEL**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PIERRE, EMMANUEL | | 58.75 | 753.00 | 58.86 | 46.69 | 10.72 | 0.00 | 132.95 | 620.05 |
| 96739  XXX-XX-XXXX  26  S1/S1 | | | | 0.00 | 10.92 | 1.88 | 3.88 | 0.00 | 3577004547 |
| E   1 HOURLY PAY | 12.000 | 50.75 | 609.00 105 | | | | | | |
| E   2 OVERTIME | 18.000 | 8.00 | 144.00 105 | | | | | | |

---

**RAFAEL, DELEON**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| RAFAEL, DELEON | | 26.75 | 321.00 | 7.87 | 19.90 | 4.24 | 0.00 | 39.12 | 281.88 |
| 96744  XXX-XX-XXXX  26  S1/S1 | | | | 0.00 | 4.65 | 0.80 | 1.66 | 0.00 | 3577004548 |
| E   1 HOURLY PAY | 12.000 | 26.75 | 321.00 105 | | | | | | |

---

| EMPLOYEE NAME | | HOURS | GROSS | FEDERAL | OASDI | STATE | LOCAL | TAXES | NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| EMP ID   S S NO. | RATE | | EARNINGS | EIC | MEDICARE | SDI | OTHER | DEDUCTS | CHECK NO |

**RAMIREZ, ANGEL**

| | | 88.75 | 1117.50 | 90.46 | 69.29 | 16.97 | 0.00 | 201.46 | 0.00 |
|---|---|---|---|---|---|---|---|---|---|
| 96719  XXX-XX-XXXX  26  S2/S2 | | | | 0.00 | 16.20 | 2.79 | 5.75 | 916.04 | DIRDEP |
| E  1 HOURLY PAY | 12.000 | 80.00 | 960.00 | 105 | | D  C1 CHECKING 1 | | 916.04 | |
| E  2 OVERTIME | 18.000 | 8.75 | 157.50 | 105 | | | | | |

---

**ROBERTS, TRAVIS**

| | | 89.00 | 1131.00 | 115.56 | 70.12 | 18.00 | 0.00 | 228.74 | 902.26 |
|---|---|---|---|---|---|---|---|---|---|
| 96733  XXX-XX-XXXX  26  S1/S1 | | | | 0.00 | 16.40 | 2.83 | 5.83 | 0.00 | 3577004549 |
| E  1 HOURLY PAY | 12.000 | 78.50 | 942.00 | 105 | | | | | |
| E  2 OVERTIME | 18.000 | 10.50 | 189.00 | 105 | | | | | |

---

**WHITE, KARIM**

| | | 75.00 | 939.00 | 86.76 | 58.22 | 14.16 | 0.00 | 179.95 | 0.00 |
|---|---|---|---|---|---|---|---|---|---|
| 96728  XXX-XX-XXXX  26  S1/S1 | | | | 0.00 | 13.62 | 2.35 | 4.84 | 759.05 | DIRDEP |
| E  1 HOURLY PAY | 12.000 | 44.50 | 534.00 | 105 | | D  S1 SAVINGS 1 | | 759.05 | |
| E  2 OVERTIME | 18.000 | 6.50 | 117.00 | 105 | | | | | |
| E  S SICK | 12.000 | 24.00 | 288.00 | 105 | | | | | |

---

**\* DRIVER**

| | | 647.00 | 8090.71 | 671.39 | 501.63 | 124.41 | 0.00 | 1469.36 | 3221.13 |
|---|---|---|---|---|---|---|---|---|---|
| 105 | | | 8258.21 | 0.00 | 117.31 | 17.84 | 36.78 | 3400.22 | |
| 9 EMPLOYEES     9 CHECKS | | | | | | | | | |
| E  1 HOURLY PAY | | 553.50 | 6713.20 | | | D  1C CHILD SUPPORT | | 130.00 | |
| E  2 OVERTIME | | 69.50 | 1257.01 | | | D  C1 CHECKING 1 | | 2511.17 | |
| E  S SICK | | 24.00 | 288.00 | | | D  S1 SAVINGS 1 | | 759.05 | |
| E  1P MED125 | | | -167.50 | | | | | | |

**EMPLOYER TAXES**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| FED OASDI | 501.63 | STATE SDI | | 7.14 | TOTAL ER TAXES | | 875.30 | |
| FED MEDICARE | 117.31 | STATE SUI | | 234.38 | | | | |
| FED FUI | 6.45 | NJ ER WORKFORCE | | 8.39 | | | | |

---

**SAIAS, STEVE**

| | | 0.00 | 4811.54 | 758.17 | 298.32 | 173.85 | 0.00 | 1300.06 | 0.00 |
|---|---|---|---|---|---|---|---|---|---|
| 96716  XXX-XX-XXXX  26  M1/M1 | | | 4811.54 | 0.00 | 69.72 | 0.00 | 0.00 | 3511.48 | DIRDEP |
| E  SA SALARY | | | 4811.54 | 106 | | D  C1 CHECKING 1 | | 3511.48 | |

---

**\* SALES**

| | | 0.00 | 4811.54 | 758.17 | 298.32 | 173.85 | 0.00 | 1300.06 | 0.00 |
|---|---|---|---|---|---|---|---|---|---|
| 106 | | | | 0.00 | 69.72 | 0.00 | 0.00 | 3511.48 | |
| 1 EMPLOYEES     1 CHECKS | | | | | | | | | |
| E  SA SALARY | | | 4811.54 | | | D  C1 CHECKING 1 | | 3511.48 | |

**EMPLOYER TAXES**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FED OASDI | 298.28 | NJ ER WORKFORCE | | 0.01 | TOTAL ER TAXES | | 368.05 |
| FED MEDICARE | 69.76 | | | | | | |

---

# PAYROLL JOURNAL - PORTRAIT
**SHELLEY FOOD STORES INC II - X429**

CHECK DATE **10/23/2015  WEEK  43**
PERIOD BEGIN **10/04/2015  PERIOD END  10/17/2015**

**10/23/2015**
**PAGE   7**

| EMPLOYEE NAME | | HOURS | GROSS | FEDERAL | OASDI | STATE | LOCAL | TAXES | NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| EMP ID   S S NO. | RATE | | EARNINGS | EIC | MEDICARE | SDI | OTHER | DEDUCTS | CHECK NO |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **\* SHELLEY FOOD STORES IN** | 2256.25 | 59992.78 | 5789.18 | 2899.33 | 1235.03 | 0.00 | 10933.97 | 17466.74 |
| X429 | | 60830.28 | 0.00 | 782.86 | 74.37 | 153.20 | 31592.07 | |

```
   42 EMPLOYEES     42 CHECKS
 E    1 HOURLY PAY        1984.50   26454.04              D  10 U                      57.36
 E    2 OVERTIME           135.75    2415.52              D  1C CHILD SUPPORT        1198.00
 E    S SICK                56.00     814.36              D  AR AUTO REIMBURSE       -692.31
 E    V VACATION            80.00    1240.00              D  C1 CHECKING 1         26370.85
 E   1P MED125                       -837.50              D  C2 CHECKING 2           600.00
 E   SA SALARY                      29906.36              D  C3 CHECKING 3          2000.00
                                                         D  L3 LOAN 1                11.80
                                                         D  S1 SAVINGS 1           2092.53
                                                         D  UA UNIFORM ALLOWA       -46.16
```

### EMPLOYER TAXES

```
    FED OASDI         2899.29   STATE SDI          29.74   TOTAL ER TAXES        4751.09
    FED MEDICARE       782.90   STATE SUI         976.33
    FED FUI             27.88   NJ ER WORKFORCE    34.95
```