James P. Berg, Esq.
PARKER IBRAHIM & BERG LLC
5 Penn Plaza, Suite 2371
New York, NY 10001
Main: 212.596.7037
Fax: 212.596.7036
james.berg@piblaw.com
*Attorneys for Santander Bank, National Association*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:

SHELLEY FOOD STORES, INC. II,

Debtor.
-------------------------------------------------------------------X

Chapter 11
Case No. 15-23535-rdd

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
OF PAPERS OF SANTANDER BANK, NATIONAL ASSOCIATION**

Santander Bank, National Association, a creditor and party-in-interest, hereby appears in this bankruptcy case by and through its counsel, James P. Berg, Esq., and requests that service of all papers filed in this case be served upon counsel at the following address:

James P. Berg, Esq.
PARKER IBRAHIM & BERG LLC
5 Penn Plaza, Suite 2371
New York, NY 10001
Main: 212.596.7037
Fax: 212.596.7036
james.berg@piblaw.com

**PARKER IBRAHIM & BERG LLC**
*Attorneys for Santander Bank, National Association*

*/s/* James P. Berg
James P. Berg, Esq.
5 Penn Plaza, Suite 2371
New York, NY 10001
Main: 212.596.7037
Fax: 212.596.7036

Dated: October 26, 2015                james.berg@piblaw.com

{00489277.DOC }