DELBELLO DONNELLAN WEINGARTEN  
WISE & WIEDERKEHR, LLP  
*Proposed Attorney for the Debtor*  
One North Lexington Avenue, 11th Floor  
White Plains, New York 10601  
Jonathan S. Pasternak, Esq.  
Julie Cvek Curley, Esq.  
(914) 681-0200  
(914) 684-0288 Facsimile  
jpasternak@ddw-law.com  
jcurley@ddw-law.com  

*Hearing Date: November 24, 2015*  
*Hearing Time: 10:00 a.m.*

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------------------------------------X  
In re:

SHELLEY FOOD STORES, INC. II  
dba SHELLEY'S FOODSERVICE,

Chapter 11  
Case No. 15-23535 (RDD)

Debtor.  
------------------------------------------------------------X

### NOTICE OF FINALL HEARING ON DEBTOR'S MOTION FOR ORDERS: (I) AUTHORIZING THE DEBTOR TO (A) SATISFY AND, TO THE EXTENT APPLICABLE, DIRECTING ANY PAYROLL BANKS TO HONOR PRE-PETITION GROSS SALARIES, PAYROLL TAXES AND RELATED OBLIGATIONS TO OR FOR THE BENEFIT OF THE DEBTOR'S EMPLOYEES, AND (B) HONOR, IN ITS DISCRETION, PRE-PETITION SICK, VACATION, PERSONAL, AND SIMILAR THEMED DAYS; AND (II) GRANTING OTHER RELATED RELIEF

**PLEASE TAKE NOTICE**, that upon the motion (the "Motion") of the above captioned Debtor and Debtor-in-Possession ("Debtor"), by its attorneys DelBello Donnellan Weingarten Wise & Wiederkehr, LLP, and the Interim Order granting the relief in the Motion, a copy of which is annexed hereto as **Exhibit "A"**, the undersigned will move this Court, before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court, 300 Quarropas Street, Courtroom 118, White Plains, New York 10601 on the 24th day of

November, 2015 at 10:00 a.m., or as soon thereafter as counsel may be heard for entry of a final order authorizing (i) the payment of prepetition date wages, salaries, commissions vacation pay and employee benefits, and (ii) reimbursement of employee business expenses; and (iii) providing that the Debtor's bank honor any check issued pre-petition for wages paid to the Employees that remained outstanding as of the Petition Date pursuant to 11 U.S.C. §§ 105, 363, 507(a)(4) and 507(a)(5), together with other and further relief as may be just and proper under the circumstances.

**PLEASE TAKE FURTHER NOTICE,** that responsive papers, if any, must be filed with Court on the Court's website, www.nysb.uscourts.gov (Login and Password required), with a copy delivered directly to Chambers, and served and received by counsel to the Debtor, DelBello Donnellan Weingarten Wise & Wiederkehr, LLP, One North Lexington Avenue, 11th Floor, White Plains, New York 10601, Attn: Julie Cvek Curley, Esq. no later than seven (7) business days prior to the date of the hearing.

Dated: White Plains, New York
November 2, 2015

        Respectfully submitted,

        DELBELLO DONNELLAN WEINGARTEN
        WISE & WIEDERKEHR, LLP
        *Proposed Attorneys for the Debtor*
        One N Lexington Avenue
        White Plains, New York 10601
        (914) 681-0200

        By:   */s/ Julie Cvek Curley, Esq.*
            Julie Cvek Curley, Esq.