# Exhibit "A"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

SHELLEY FOOD STORES, INC. II
d/b/a SHELLEY'S FOODSERVICE,

Chapter 11
Case No. 15-23535 (RDD)

Debtor.
------------------------------------------------------------X

### INTERIM ORDER (I) AUTHORIZING THE DEBTOR TO PAY AND HONOR CERTAIN PREPETITION CLAIMS FOR (A) WAGES, SALARIES, EMPLOYEE BENEFITS AND OTHER COMPENSATION AND (B) WITHHOLDINGS AND DEDUCTIONS, AND (II) DIRECTING BANKS TO RECEIVE, PROCESS, HONOR AND PAY ALL CHECKS PRESENTED FOR PAYMENT AND ELECTRONIC PAYMENT REQUESTS RELATING TO THE FOREGOING

**UPON** the motion of the debtor and debtor in possession herein (the "Debtor") for entry of an order (I) authorizing the Debtor to pay and honor certain prepetition claims for (A) wages, salaries, employee benefits and other compensation, and (B) withholdings and deductions, and (II) directing banks to receive, process, honor and pay all checks presented for payment and electronic payment requests relating to the foregoing (the "Motion")[1]; and the Debtor having sought interim approval of the Motion and the Court having scheduled a hearing on such request on October 26, 2015 (the "Interim Hearing"); and there being due and sufficient notice of the Motion's interim request for relief and the Interim Hearing; and upon the record of the Interim Hearing; and there being no objections to the relief granted herein; and, after due deliberation and for the reasons stated by the Court at the Interim Hearing, the Court having found and concluded that (a) this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157(a)-(b) and 1334(b), (b) the Motion is a core proceeding pursuant to 28 U.S.C. §157(b), and (c) the relief granted herein is (i) supported by sound business reasons and in the best interests of the Debtor's

---

[1] Capitalized terms used but not defined herein shall have the same meanings ascribed to them in the Motion.

estate, its creditors, and other parties in interest after taking into account the priority scheme of the Bankruptcy Code and (ii) necessary to avoid immediate and irreparable harm to the Debtor and the estate; and sufficient cause therefor, it is hereby

**ORDERED** that the Motion is granted to the extent herein on an interim basis; and it is further

**ORDERED** that the Debtor is authorized, but not directed, to honor, pay and modify the Wages and Benefits to the extent of ordinary and customary wages, salary, commissions and expense reimbursement only, and not including bonuses and deferred compensation, in accordance with the Debtor's stated policies and prepetition practices, and in the ordinary course of the Debtor's business as specifically set forth in the Motion; provided, however, that the Debtor may not pay any employee over the statutory cap of $12,475; and it is further

**ORDERED** that the Debtor is authorized, but not directed, to pay the prepetition wages and compensation due to its employees in accordance with schedules annexed as Exhibit "A" to this Order; and it is further

**ORDERED** that the Debtor is authorized to continue to allocate and distribute the Deductions and the Payroll Taxes as specifically set forth in the Motion or as required by applicable federal, state and local law, and is directed to make such payments associated with the Debtor's payment of its prepetition wages and compensation; and it is further

**ORDERED** that the Debtor is authorized, but not directed, to pay all processing fees, costs and expenses associated with the payment and administration of the Wages and Benefits, including payment to third-party administrators; and it is further

**ORDERED** that to the extent that checks are issued to employees or other entities in connection with the Wages and Benefits programs and policies, the banks upon which any

checks are drawn in payment thereof, either before, on or after the Filing Date, be, and hereby are, authorized to honor such checks upon presentation; and it is further

**ORDERED** that all applicable banks and other financial institutions are hereby authorized to receive, process, honor, and pay any and all checks evidencing amounts paid by Debtor under this Order whether presented prior to or after the Filing Date. Such banks and financial institutions are authorized and directed to rely on the Debtor's representations as to which checks are issued or authorized to be paid pursuant to this Order; and it is further

**ORDERED** that any payment or transfer made or service rendered by the Debtor pursuant to this Order is not, and shall not be deemed, an admission as to the validity of the underlying obligation, a waiver of any rights the Debtor may have to dispute such obligation or an approval or assumption of any agreement, contract, or lease under § 365 of the Bankruptcy Code; and it is further

**ORDERED** that the Debtor is authorized and empowered to take all actions necessary to implement the relief granted in this Order; and it is further

**ORDERED** that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is furth

**ORDERED** that a final hearing on the Motion is scheduled before The Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601 on **November 24, 2015 at 10:00 a.m,**. and the Debtors shall file and serve a notice of such hearing on or before November 3, 2015

Dated: White Plains, New York
October 29, 2015

*/s/Robert D. Drain*
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

**PAYROLL JOURNAL - PORTRAIT**  CHECK DATE 10/23/2015  WEEK 43  10/23/2015
SHELLEY FOOD STORES INC II - X429  PERIOD BEGIN 10/04/2015 PERIOD END 10/17/2015  PAGE 1

| EMPLOYEE NAME | | HOURS | GROSS | FEDERAL | OASDI | STATE | LOCAL | TAXES | NET PAY |
| EMP ID  S S NO.  RATE | | | EARNINGS | EIC | MEDICARE | SDI | OTHER | DEDUCTS | CHECK NO |
|---|---|---|---|---|---|---|---|---|---|
| **GELLER, SCOTT** | | 0.00 | 7230.00 | 1132.23 | 0.00 | 318.02 | 0.00 | 1555.09 | 0.00 |
| 39603  XXX-XX-XXXX  26  M7/M7 | | | | 0.00 | 104.84 | 0.00 | 0.00 | 5674.91 | DIRDEP |
| E  SA SALARY | | | 7230.00 | 101 | | | | | |
| | | | | | | D  AR AUTO REIMBURSE | | -461.54 | |
| | | | | | | D  C1 CHECKING 1 | | 3536.45 | |
| | | | | | | D  C2 CHECKING 2 | | 600.00 | |
| | | | | | | D  C3 CHECKING 3 | | 2000.00 | |
| **\* OFFICER** | | 0.00 | 7230.00 | 1132.23 | 0.00 | 318.02 | 0.00 | 1555.09 | 0.00 |
| 101 | | | | 0.00 | 104.84 | 0.00 | 0.00 | 5674.91 | |
| 1 EMPLOYEES  1 CHECKS | | | | | | | | | |
| E  SA SALARY | | | 7230.00 | | | D  AR AUTO REIMBURSE | | -461.54 | |
| | | | | | | D  C1 CHECKING 1 | | 3536.45 | |
| | | | | | | D  C2 CHECKING 2 | | 600.00 | |
| | | | | | | D  C3 CHECKING 3 | | 2000.00 | |
| **EMPLOYER TAXES** | | | | | | | | | |
| FED MEDICARE | | 104.84 | | | | TOTAL ER TAXES | | 104.84 | |
| **BARNETT, MICHAEL** | | 0.00 | 1116.25 | 17.01 | 69.21 | 17.08 | 0.00 | 119.49 | 996.76 |
| 96691  XXX-XX-XXXX  26  M4/M4 | | | 1200.00 | 0.00 | 16.19 | 0.00 | 0.00 | 0.00 | 3577004531 |
| E  1P MED125 | | | -83.75 | 102 | | | | | |
| E  SA SALARY | | | 1200.00 | 102 | | | | | |
| **BROWN, TERREL** | | 0.00 | 1316.25 | 166.43 | 81.61 | 25.18 | 0.00 | 303.03 | 0.00 |
| 96654  XXX-XX-XXXX  26  S0/S0 | | | 1400.00 | 0.00 | 19.09 | 3.50 | 7.22 | 1013.22 | DIRDEP |
| E  1P MED125 | | | -83.75 | 102 | | D  C1 CHECKING 1 | | 1013.22 | |
| E  SA SALARY | | | 1400.00 | 102 | | | | | |
| **BURNS, LAURA** | | 0.00 | 2360.20 | 268.93 | 146.33 | 46.42 | 0.00 | 495.90 | 0.00 |
| 43329  XXX-XX-XXXX  26  M0/M0 | | | 2360.20 | 0.00 | 34.22 | 0.00 | 0.00 | 1864.30 | DIRDEP |
| E  SA SALARY | | | 2360.20 | 102 | | D  AR AUTO REIMBURSE | | -230.77 | |
| | | | | | | D  C1 CHECKING 1 | | 2141.23 | |
| | | | | | | D  UA UNIFORM ALLOWA | | -46.16 | |
| **COLEMAN, JOSEPH P** | | 0.00 | 3284.62 | 414.91 | 203.65 | 83.05 | 0.00 | 749.24 | 0.00 |
| 14754  XXX-XX-XXXX  26  M0/M0 | | | 3284.62 | 0.00 | 47.63 | 0.00 | 0.00 | 2535.38 | DIRDEP |
| E  SA SALARY | | | 3284.62 | 102 | | D  C1 CHECKING 1 | | 2535.38 | |
| **JACKSON, NICOLE** | | 0.00 | 1050.00 | 57.26 | 65.10 | 14.85 | 0.00 | 160.49 | 0.00 |
| 96583  XXX-XX-XXXX  26  S3/S3 | | | | 0.00 | 15.23 | 2.63 | 5.42 | 889.51 | DIRDEP |
| E  SA SALARY | | | 1050.00 | 102 | | D  C1 CHECKING 1 | | 889.51 | |

**PAYCHEX INC (418)**            PHONE (732)968-2700            FAX (732)424-1594

**PAYROLL JOURNAL - PORTRAIT**   CHECK DATE 10/23/2015  WEEK 43                 10/23/2015
SHELLEY FOOD STORES INC II - X429    PERIOD BEGIN 10/04/2015 PERIOD END 10/17/2015    PAGE 2

| EMPLOYEE NAME | | HOURS | GROSS | FEDERAL | OASDI | STATE | LOCAL | TAXES | NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| EMP ID  S S NO. | RATE | | EARNINGS | EIC | MEDICARE | SDI | OTHER | DEDUCTS | CHECK NO |
| **LAM, CYNDI** | | 70.75 | 707.50 | 75.12 | 43.87 | 10.61 | 0.00 | 145.28 | 0.00 |
| 96579  XXX-XX-XXXX  26 S0/S0 | | | | 0.00 | 10.26 | 1.77 | 3.65 | 562.22 | DIRDEP |
| E  1 HOURLY PAY | 10.000 | 70.75 | 707.50  102 | | | D  C1 CHECKING 1 | | 562.22 | |
| **MAKULA, BELA** | | 0.00 | 6000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6000.00 |
| 96723  XXX-XX-XXXX  26 M1/M1 | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3577004532 |
| E  SA SALARY | | | 6000.00  102 | | | | | | |
| **MC GEE, KRISTEN** | | 0.00 | 970.00 | 114.49 | 60.14 | 15.55 | 0.00 | 211.67 | 0.00 |
| 96486  XXX-XX-XXXX  26 S0/S0 | | | | 0.00 | 14.07 | 2.43 | 4.99 | 758.33 | DIRDEP |
| E  SA SALARY | | | 970.00  102 | | | D  C1 CHECKING 1 | | 758.33 | |
| **MORADI, DAVIDAH** | | 0.00 | 1600.00 | 185.91 | 99.20 | 31.98 | 0.00 | 352.53 | 0.00 |
| 96736  XXX-XX-XXXX  26 S1/S1 | | | | 0.00 | 23.20 | 4.00 | 8.24 | 1247.47 | DIRDEP |
| E  SA SALARY | | | 1600.00  102 | | | D  C1 CHECKING 1 | | 1247.47 | |
| **MULLINS, KEVIN** | | 65.75 | 978.03 | 69.54 | 60.64 | 14.18 | 0.00 | 166.03 | 0.00 |
| 96539  XXX-XX-XXXX  26 S2/S2 | | | 978.03 | 0.00 | 14.18 | 2.45 | 5.04 | 812.00 | DIRDEP |
| E  1 HOURLY PAY | 14.875 | 57.75 | 859.03  102 | | | D  1C CHILD SUPPORT | | 204.00 | |
| E  S SICK | 14.875 | 8.00 | 119.00  102 | | | D  C1 CHECKING 1 | | 608.00 | |
| **ROJO, ALEXIS** | | 67.25 | 1412.25 | 126.74 | 87.56 | 24.40 | 0.00 | 259.18 | 0.00 |
| 96527  XXX-XX-XXXX  26 M0/M0 | | | | 0.00 | 20.48 | 0.00 | 0.00 | 1153.07 | DIRDEP |
| E  1 HOURLY PAY | 21.000 | 67.25 | 1412.25  102 | | | D  10 U | | 19.12 | |
| | | | | | | D  C1 CHECKING 1 | | 1133.95 | |
| **\* CLERICAL/ADMIN** | | 203.75 | 20795.10 | 1496.34 | 917.31 | 283.30 | 0.00 | 2962.84 | 6996.76 |
| 102 | | | 20962.60 | 0.00 | 214.55 | 16.78 | 34.56 | 10835.50 | |
| 11 EMPLOYEES  11 CHECKS | | | | | | | | | |
| E  1 HOURLY PAY | | 195.75 | 2978.78 | | | D  10 U | | 19.12 | |
| E  S SICK | | 8.00 | 119.00 | | | D  1C CHILD SUPPORT | | 204.00 | |
| E  1P MED125 | | | -167.50 | | | D  AR AUTO REIMBURSE | | -230.77 | |
| E  SA SALARY | | | 17864.82 | | | D  C1 CHECKING 1 | | 10889.31 | |
| | | | | | | D  UA UNIFORM ALLOWA | | -46.16 | |

**EMPLOYER TAXES**

| | | | | | |
|---|---|---|---|---|---|
| FED OASDI | 917.31 | STATE SDI | 6.71 | TOTAL ER TAXES | 1366.56 |
| FED MEDICARE | 214.55 | STATE SUI | 220.11 | | |
| | | NJ ER WORKFORCE | 7.88 | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **ALSTON, SANDERS** | | 82.25 | 1017.00 | 98.46 | 63.05 | 15.72 | 0.00 | 199.76 | 817.24 |
| 96743  XXX-XX-XXXX  26 S1/S1 | | | | 0.00 | 14.75 | 2.54 | 5.24 | 0.00 | 3577004533 |
| E  1 HOURLY PAY | 12.000 | 77.25 | 927.00  103 | | | | | | |
| E  2 OVERTIME | 18.000 | 5.00 | 90.00  103 | | | | | | |

**PAYCHEX INC (418)**         PHONE (732)968-2700

**PAYROLL JOURNAL - PORTRAIT**   CHECK DATE 10/23/2015   WEEK 43                         10/23/2015
SHELLEY FOOD STORES INC II - X429   PERIOD BEGIN 10/04/2015 PERIOD END 10/17/2015   PAGE 3

| EMPLOYEE NAME | | HOURS | GROSS | FEDERAL | OASDI | STATE | LOCAL | TAXES | NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| EMP ID   S S NO.   RATE | | | EARNINGS | EIC | MEDICARE | SDI | OTHER | DEDUCTS | CHECK NO |
| **BERRY, STANLEY** | | 79.25 | 969.00 | 91.26 | 60.08 | 14.76 | 0.00 | 187.56 | 769.64 |
| 96732  XXX-XX-XXXX  26  S1/S1 | | | | 0.00 | 14.05 | 2.42 | 4.99 | 11.80 | 3577004534 |
| E  1 HOURLY PAY | 12.000 | 76.25 | 915.00 | 103 | | D L3 LOAN 1 | | 11.80 | |
| E  2 OVERTIME | 18.000 | 3.00 | 54.00 | 103 | | | | | |
| **CHATMON, CASEY** | | 65.25 | 832.50 | 70.79 | 51.62 | 12.03 | 0.00 | 152.87 | 0.00 |
| 96686  XXX-XX-XXXX  26  S1/S1 | | | | 0.00 | 12.07 | 2.08 | 4.28 | 679.63 | DIRDEP |
| E  1 HOURLY PAY | 12.000 | 57.00 | 684.00 | 103 | | D C1 CHECKING 1 | | 679.63 | |
| E  2 OVERTIME | 18.000 | 8.25 | 148.50 | 103 | | | | | |
| **FILGUEIRAS, VICENTE** | | 74.00 | 1198.00 | 40.57 | 74.28 | 17.81 | 0.00 | 159.20 | 0.00 |
| 96730  XXX-XX-XXXX  26  M3/M3 | | | | 0.00 | 17.37 | 3.00 | 6.17 | 1038.80 | DIRDEP |
| E  1 HOURLY PAY | 16.000 | 72.25 | 1156.00 | 103 | | D C1 CHECKING 1 | | 1038.80 | |
| E  2 OVERTIME | 24.000 | 1.75 | 42.00 | 103 | | | | | |
| **GARCIA, ORLANDO** | | 72.25 | 1228.25 | 153.23 | 76.15 | 20.72 | 0.00 | 277.31 | 950.94 |
| 96609  XXX-XX-XXXX  26  S0/S0 | | | | 0.00 | 17.81 | 3.07 | 6.33 | 0.00 | 3577004535 |
| E  1 HOURLY PAY | 17.000 | 32.25 | 548.25 | 103 | | | | | |
| E  V VACATION | 17.000 | 40.00 | 680.00 | 103 | | | | | |
| **GEORGE, RONNIE** | | 82.75 | 860.88 | 75.05 | 53.37 | 14.28 | 0.00 | 162.40 | 698.48 |
| 96685  XXX-XX-XXXX  26  S1/S1 | | | 944.63 | 0.00 | 12.48 | 2.36 | 4.86 | 0.00 | 3577004536 |
| E  1 HOURLY PAY | 11.000 | 76.50 | 841.50 | 103 | | | | | |
| E  2 OVERTIME | 16.500 | 6.25 | 103.13 | 103 | | | | | |
| E  1P MED125 | | | -83.75 | 103 | | | | | |
| **GLOVER, NORMAN** | | 71.50 | 858.00 | 74.61 | 53.20 | 12.54 | 0.00 | 159.35 | 698.65 |
| 96742  XXX-XX-XXXX  26  S1/S1 | | | | 0.00 | 12.44 | 2.15 | 4.41 | 0.00 | 3577004537 |
| E  1 HOURLY PAY | 12.000 | 71.50 | 858.00 | 103 | | | | | |
| **GONZALEZ, CHAVEZ** | | 19.25 | 250.25 | 0.00 | 15.52 | 2.60 | 0.00 | 23.68 | 226.57 |
| 96701  XXX-XX-XXXX  26  M2/M2 | | | | 0.00 | 3.63 | 0.63 | 1.30 | 0.00 | 3577004538 |
| E  1 HOURLY PAY | 13.000 | 19.25 | 250.25 | 103 | | | | | |
| **GREEN, MARC** | | 63.00 | 1694.70 | 177.04 | 105.07 | 35.42 | 0.00 | 342.10 | 0.00 |
| 42544  XXX-XX-XXXX  26  S2/S2 | | | 1694.70 | 0.00 | 24.57 | 0.00 | 0.00 | 1352.60 | DIRDEP |
| E  1 HOURLY PAY | 26.900 | 63.00 | 1694.70 | 103 | | D 10 U | | 19.12 | |
| | | | | | | D S1 SAVINGS 1 | | 1333.48 | |
| **GREENE JR, MARC A** | | 57.00 | 684.00 | 48.51 | 42.41 | 9.68 | 0.00 | 115.76 | 408.24 |
| 96731  XXX-XX-XXXX  26  S1/S1 | | | | 0.00 | 9.92 | 1.71 | 3.53 | 160.00 | 3577004539 |
| E  1 HOURLY PAY | 12.000 | 57.00 | 684.00 | 103 | | D 1C CHILD SUPPORT | | 160.00 | |
| **GUERRERO, JORGE** | | 96.50 | 1016.13 | 121.41 | 63.00 | 18.15 | 0.00 | 225.71 | 0.00 |
| 96499  XXX-XX-XXXX  26  S0/S0 | | | 1099.88 | 0.00 | 14.73 | 2.75 | 5.67 | 790.42 | DIRDEP |
| E  1 HOURLY PAY | 10.500 | 80.00 | 840.00 | 103 | | D C1 CHECKING 1 | | 790.42 | |
| E  2 OVERTIME | 15.750 | 16.50 | 259.88 | 103 | | | | | |
| E  1P MED125 | | | -83.75 | 103 | | | | | |

**PAYCHEX INC (418)**                       PHONE (732)968-2700

**PAYROLL JOURNAL - PORTRAIT**      CHECK DATE 10/23/2015  WEEK 43       10/23/2015
**SHELLEY FOOD STORES INC II - X429**      PERIOD BEGIN 10/04/2015  PERIOD END 10/17/2015      PAGE  4

| EMPLOYEE NAME | | HOURS | GROSS | FEDERAL | OASDI | STATE | LOCAL | TAXES | NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| EMP ID   S S NO.   RATE | | | EARNINGS | EIC | MEDICARE | SDI | OTHER | DEDUCTS | CHECK NO |
| **JACKSON, DWAYNE** | | 68.25 | 677.24 | 47.50 | 41.99 | 10.84 | 0.00 | 115.96 | 0.00 |
| 42931  XXX-XX-XXXX  26  S1/S1 | | | 760.99 | 0.00 | 9.82 | 1.90 | 3.91 | 561.28 | DIRDEP |
| E  1 HOURLY PAY | 11.150 | 60.25 | 671.79 | 103 | | D  1C CHILD SUPPORT | | 166.00 | |
| E  S SICK | 11.150 | 8.00 | 89.20 | 103 | | D  C1 CHECKING 1 | | 395.28 | |
| E  1P MED125 | | | -83.75 | 103 | | | | | |
| **KELLY, EUGENE** | | 100.50 | 1329.00 | 145.26 | 82.40 | 21.96 | 0.00 | 279.05 | 1049.95 |
| 96741  XXX-XX-XXXX  26  S1/S1 | | | | 0.00 | 19.27 | 3.32 | 6.84 | 0.00 | 3577004540 |
| E  1 HOURLY PAY | 12.000 | 80.00 | 960.00 | 103 | | | | | |
| E  2 OVERTIME | 18.000 | 20.50 | 369.00 | 103 | | | | | |
| **LEPARD, FRANK** | | 30.75 | 369.00 | 28.05 | 22.88 | 5.54 | 0.00 | 64.64 | 304.36 |
| 96735  XXX-XX-XXXX  26  S0/S0 | | | | 0.00 | 5.35 | 0.92 | 1.90 | 0.00 | 3577004541 |
| E  1 HOURLY PAY | 12.000 | 30.75 | 369.00 | 103 | | | | | |
| **MITCHELL, FRANK** | | 74.75 | 1975.20 | 309.91 | 122.46 | 57.22 | 0.00 | 518.23 | 0.00 |
| 46990  XXX-XX-XXXX  26  S0/S0 | | | 1975.20 | 0.00 | 28.64 | 0.00 | 0.00 | 1456.97 | DIRDEP |
| E  1 HOURLY PAY | 26.380 | 66.50 | 1754.27 | 103 | | D  10 U | | 19.12 | |
| E  2 OVERTIME | 39.570 | 0.25 | 9.89 | 103 | | D  C1 CHECKING 1 | | 1437.85 | |
| E  S SICK | 26.380 | 8.00 | 211.04 | 103 | | | | | |
| **MIXON JR, WILLIE** | | 71.50 | 917.25 | 43.26 | 56.87 | 15.40 | 0.00 | 136.49 | 780.76 |
| 96698  XXX-XX-XXXX  26  M1/M1 | | | 1001.00 | 0.00 | 13.30 | 2.50 | 5.16 | 0.00 | 3577004542 |
| E  1 HOURLY PAY | 14.000 | 31.50 | 441.00 | 103 | | | | | |
| E  V VACATION | 14.000 | 40.00 | 560.00 | 103 | | | | | |
| E  1P MED125 | | | -83.75 | 103 | | | | | |
| **MORALES, JOSE** | | 79.25 | 985.78 | 65.50 | 61.12 | 17.54 | 0.00 | 166.62 | 0.00 |
| 96437  XXX-XX-XXXX  26  M0/M0 | | | 1069.53 | 0.00 | 14.29 | 2.67 | 5.50 | 819.16 | DIRDEP |
| E  1 HOURLY PAY | 13.390 | 70.00 | 937.30 | 103 | | D  C1 CHECKING 1 | | 819.16 | |
| E  2 OVERTIME | 20.085 | 1.25 | 25.11 | 103 | | | | | |
| E  S SICK | 13.390 | 8.00 | 107.12 | 103 | | | | | |
| E  1P MED125 | | | -83.75 | 103 | | | | | |
| **PEEPLES, DEREK M.** | | 77.25 | 782.50 | 29.79 | 48.52 | 11.16 | 0.00 | 106.80 | 427.70 |
| 96674  XXX-XX-XXXX  26  M1/M1 | | | | 0.00 | 11.35 | 1.96 | 4.02 | 248.00 | 3577004543 |
| E  1 HOURLY PAY | 10.000 | 75.25 | 752.50 | 103 | | D  1C CHILD SUPPORT | | 248.00 | |
| E  2 OVERTIME | 15.000 | 2.00 | 30.00 | 103 | | | | | |
| **ROYAL III, DAVID** | | 62.50 | 478.75 | 23.64 | 29.68 | 7.86 | 0.00 | 72.43 | 116.32 |
| 96667  XXX-XX-XXXX  26  S1/S1 | | | 562.50 | 0.00 | 6.94 | 1.41 | 2.90 | 290.00 | 3577004544 |
| E  1 HOURLY PAY | 9.000 | 62.50 | 562.50 | 103 | | D  1C CHILD SUPPORT | | 290.00 | |
| E  1P MED125 | | | -83.75 | 103 | | | | | |
| **TROWELL, FREDDY** | | 77.75 | 942.00 | 87.21 | 58.40 | 14.22 | 0.00 | 180.70 | 0.00 |
| 96729  XXX-XX-XXXX  26  S1/S1 | | | | 0.00 | 13.66 | 2.36 | 4.85 | 761.30 | DIRDEP |
| E  1 HOURLY PAY | 12.000 | 76.25 | 915.00 | 103 | | D  C1 CHECKING 1 | | 761.30 | |
| E  2 OVERTIME | 18.000 | 1.50 | 27.00 | 103 | | | | | |

**PAYCHEX INC (418)**      PHONE (732)968-2700

**PAYROLL JOURNAL - PORTRAIT**  CHECK DATE 10/23/2015  WEEK 43                      10/23/2015
**SHELLEY FOOD STORES INC II - X429**      PERIOD BEGIN 10/04/2015  PERIOD END 10/17/2015     PAGE   5

| EMPLOYEE NAME | | HOURS | GROSS | FEDERAL | OASDI | STATE | LOCAL | TAXES | NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| EMP ID  S S NO. | RATE | | EARNINGS | EIC | MEDICARE | SDI | OTHER | DEDUCTS | CHECK NO |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **\* WHOLESALE** | | 1405.50 | 19065.43 | 1731.05 | 1182.07 | 335.45 | 0.00 | 3646.62 | 7248.85 |
| 103 | | | 19567.93 | 0.00 | 276.44 | 39.75 | 81.86 | 8169.96 | |
| 20 EMPLOYEES | 20 CHECKS | | | | | | | | |
| E  1 HOURLY PAY | | 1235.25 | 16762.06 | | | D  10 U | | 38.24 | |
| E  2 OVERTIME | | 66.25 | 1158.51 | | | D  1C CHILD SUPPORT | | 864.00 | |
| E  S SICK | | 24.00 | 407.36 | | | D  C1 CHECKING 1 | | 5922.44 | |
| E  V VACATION | | 80.00 | 1240.00 | | | D  L3 LOAN 1 | | 11.80 | |
| E  1P MED125 | | | -502.50 | | | D  S1 SAVINGS 1 | | 1333.48 | |
| | | | | | | | | | |
| **EMPLOYER TAXES** | | | | | | | | | |
| FED OASDI | | 1182.07 | STATE SDI | | 15.89 | TOTAL ER TAXES | | 2036.34 | |
| FED MEDICARE | | 276.44 | STATE SUI | | 521.84 | | | | |
| FED FUI | | 21.43 | NJ ER WORKFORCE | | 18.67 | | | | |

---

| ALBUQUERQUE, FERNANDO | | 54.00 | 732.00 | 55.71 | 45.38 | 10.40 | 0.00 | 127.70 | 604.30 |
|---|---|---|---|---|---|---|---|---|---|
| 96737  XXX-XX-XXXX  26  S1/S1 | | | | 0.00 | 10.61 | 1.83 | 3.77 | 0.00 | 3577004545 |
| E  1 HOURLY PAY | 12.000 | 40.00 | 480.00 | 105 | | | | | |
| E  2 OVERTIME | 18.000 | 14.00 | 252.00 | 105 | | | | | |

| BARBOZA, GARY | | 84.50 | 1034.46 | 124.16 | 64.14 | 18.52 | 0.00 | 221.82 | 812.64 |
|---|---|---|---|---|---|---|---|---|---|
| 96451  XXX-XX-XXXX  26  S0/S0 | | | 1118.21 | 0.00 | 15.00 | 0.00 | 0.00 | 0.00 | 3577004546 |
| E  1 HOURLY PAY | 12.890 | 80.00 | 1031.20 | 105 | | | | | |
| E  2 OVERTIME | 19.335 | 4.50 | 87.01 | 105 | | | | | |
| E  1P MED125 | | | -83.75 | 105 | | | | | |

| HARRISON, NATHANIEL | | 73.75 | 889.50 | 56.26 | 55.15 | 12.41 | 0.00 | 143.52 | 0.00 |
|---|---|---|---|---|---|---|---|---|---|
| 96726  XXX-XX-XXXX  26  S2/S2 | | | | 0.00 | 12.90 | 2.22 | 4.58 | 745.98 | DIRDEP |
| E  1 HOURLY PAY | 12.000 | 73.00 | 876.00 | 105 | | D  C1 CHECKING 1 | | 745.98 | |
| E  2 OVERTIME | 18.000 | 0.75 | 13.50 | 105 | | | | | |

| HINKSON, DARRYL | | 96.50 | 1173.25 | 75.75 | 72.74 | 18.99 | 0.00 | 194.10 | 0.00 |
|---|---|---|---|---|---|---|---|---|---|
| 96684  XXX-XX-XXXX  26  S3/S3 | | | 1257.00 | 0.00 | 17.01 | 3.14 | 6.47 | 979.15 | DIRDEP |
| E  1 HOURLY PAY | 12.000 | 80.00 | 960.00 | 105 | | D  1C CHILD SUPPORT | | 130.00 | |
| E  2 OVERTIME | 18.000 | 16.50 | 297.00 | 105 | | D  C1 CHECKING 1 | | 849.15 | |
| E  1P MED125 | | | -83.75 | 105 | | | | | |

| PIERRE, EMMANUEL | | 58.75 | 753.00 | 58.86 | 46.69 | 10.72 | 0.00 | 132.95 | 620.05 |
|---|---|---|---|---|---|---|---|---|---|
| 96739  XXX-XX-XXXX  26  S1/S1 | | | | 0.00 | 10.92 | 1.88 | 3.88 | 0.00 | 3577004547 |
| E  1 HOURLY PAY | 12.000 | 50.75 | 609.00 | 105 | | | | | |
| E  2 OVERTIME | 18.000 | 8.00 | 144.00 | 105 | | | | | |

| RAFAEL, DELEON | | 26.75 | 321.00 | 7.87 | 19.90 | 4.24 | 0.00 | 39.12 | 281.88 |
|---|---|---|---|---|---|---|---|---|---|
| 96744  XXX-XX-XXXX  26  S1/S1 | | | | 0.00 | 4.65 | 0.80 | 1.66 | 0.00 | 3577004548 |
| E  1 HOURLY PAY | 12.000 | 26.75 | 321.00 | 105 | | | | | |

---

**PAYCHEX INC (418)**                PHONE  (732)968-2700

**PAYROLL JOURNAL - PORTRAIT**  CHECK DATE 10/23/2015  WEEK 43    10/23/2015
SHELLEY FOOD STORES INC II - X429    PERIOD BEGIN 10/04/2015 PERIOD END 10/17/2015   PAGE 6

| EMPLOYEE NAME | | HOURS | GROSS | FEDERAL | OASDI | STATE | LOCAL | TAXES | NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| EMP ID  S S NO. | RATE | | EARNINGS | EIC | MEDICARE | SDI | OTHER | DEDUCTS | CHECK NO |
| **RAMIREZ, ANGEL** | | 88.75 | 1117.50 | 90.46 | 69.29 | 16.97 | 0.00 | 201.46 | 0.00 |
| 96719  XXX-XX-XXXX  26  S2/S2 | | | | 0.00 | 16.20 | 2.79 | 5.75 | 916.04 | DIRDEP |
| E  1 HOURLY PAY | 12.000 | 80.00 | 960.00 | 105 | | D  C1 CHECKING 1 | | 916.04 | |
| E  2 OVERTIME | 18.000 | 8.75 | 157.50 | 105 | | | | | |
| **ROBERTS, TRAVIS** | | 89.00 | 1131.00 | 115.56 | 70.12 | 18.00 | 0.00 | 228.74 | 902.26 |
| 96733  XXX-XX-XXXX  26  S1/S1 | | | | 0.00 | 16.40 | 2.83 | 5.83 | 0.00 | 3577004549 |
| E  1 HOURLY PAY | 12.000 | 78.50 | 942.00 | 105 | | | | | |
| E  2 OVERTIME | 18.000 | 10.50 | 189.00 | 105 | | | | | |
| **WHITE, KARIM** | | 75.00 | 939.00 | 86.76 | 58.22 | 14.16 | 0.00 | 179.95 | 0.00 |
| 96728  XXX-XX-XXXX  26  S1/S1 | | | | 0.00 | 13.62 | 2.35 | 4.84 | 759.05 | DIRDEP |
| E  1 HOURLY PAY | 12.000 | 44.50 | 534.00 | 105 | | D  S1 SAVINGS 1 | | 759.05 | |
| E  2 OVERTIME | 18.000 | 6.50 | 117.00 | 105 | | | | | |
| E  S SICK | 12.000 | 24.00 | 288.00 | 105 | | | | | |
| ***DRIVER** | | 647.00 | 8090.71 | 671.39 | 501.63 | 124.41 | 0.00 | 1469.36 | 3221.13 |
| 105 | | | 8258.21 | 0.00 | 117.31 | 17.84 | 36.78 | 3400.22 | |
| 9 EMPLOYEES | 9 CHECKS | | | | | | | | |
| E  1 HOURLY PAY | | 553.50 | 6713.20 | | | D  1C CHILD SUPPORT | | 130.00 | |
| E  2 OVERTIME | | 69.50 | 1257.01 | | | D  C1 CHECKING 1 | | 2511.17 | |
| E  S SICK | | 24.00 | 288.00 | | | D  S1 SAVINGS 1 | | 759.05 | |
| E  1P MED125 | | | -167.50 | | | | | | |

**EMPLOYER TAXES**
| FED OASDI | 501.63 | STATE SDI | 7.14 | TOTAL ER TAXES | 875.30 |
|---|---|---|---|---|---|
| FED MEDICARE | 117.31 | STATE SUI | 234.38 | | |
| FED FUI | 6.45 | NJ ER WORKFORCE | 8.39 | | |

| **SAIAS, STEVE** | | 0.00 | 4811.54 | 758.17 | 298.32 | 173.85 | 0.00 | 1300.06 | 0.00 |
|---|---|---|---|---|---|---|---|---|---|
| 96716  XXX-XX-XXXX  26  M1/M1 | | | 4811.54 | 0.00 | 69.72 | 0.00 | 0.00 | 3511.48 | DIRDEP |
| E  SA SALARY | | | 4811.54 | 106 | | D  C1 CHECKING 1 | | 3511.48 | |
| ***SALES** | | 0.00 | 4811.54 | 758.17 | 298.32 | 173.85 | 0.00 | 1300.06 | 0.00 |
| 106 | | | | 0.00 | 69.72 | 0.00 | 0.00 | 3511.48 | |
| 1 EMPLOYEES | 1 CHECKS | | | | | | | | |
| E  SA SALARY | | | 4811.54 | | | D  C1 CHECKING 1 | | 3511.48 | |

**EMPLOYER TAXES**
| FED OASDI | 298.28 | NJ ER WORKFORCE | 0.01 | TOTAL ER TAXES | 368.05 |
|---|---|---|---|---|---|
| FED MEDICARE | 69.76 | | | | |

**PAYCHEX INC (418)**         PHONE (732)968-2700

**PAYROLL JOURNAL - PORTRAIT**  CHECK DATE 10/23/2015  WEEK 43          10/23/2015
SHELLEY FOOD STORES INC II - X429       PERIOD BEGIN 10/04/2015 PERIOD END 10/17/2015          PAGE  7

| EMPLOYEE NAME | | HOURS | GROSS | FEDERAL | OASDI | STATE | LOCAL | TAXES | NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| EMP ID   S S NO. | RATE | | EARNINGS | EIC | MEDICARE | SDI | OTHER | DEDUCTS | CHECK NO |
| * SHELLEY FOOD STORES IN | | 2256.25 | 59992.78 | 5789.18 | 2899.33 | 1235.03 | 0.00 | 10933.97 | 17466.74 |
| X429 | | | 60830.28 | 0.00 | 782.86 | 74.37 | 153.20 | 31592.07 | |
| 42 EMPLOYEES    42 CHECKS | | | | | | | | | |
| E   1 HOURLY PAY | | 1984.50 | 26454.04 | | | D  10 U | | 57.36 | |
| E   2 OVERTIME | | 135.75 | 2415.52 | | | D  1C CHILD SUPPORT | | 1198.00 | |
| E   S SICK | | 56.00 | 814.36 | | | D  AR AUTO REIMBURSE | | -692.31 | |
| E   V VACATION | | 80.00 | 1240.00 | | | D  C1 CHECKING 1 | | 26370.85 | |
| E   1P MED125 | | | -837.50 | | | D  C2 CHECKING 2 | | 600.00 | |
| E   SA SALARY | | | 29906.36 | | | D  C3 CHECKING 3 | | 2000.00 | |
| | | | | | | D  L3 LOAN 1 | | 11.80 | |
| | | | | | | D  S1 SAVINGS 1 | | 2092.53 | |
| | | | | | | D  UA UNIFORM ALLOWA | | -46.16 | |

| EMPLOYER TAXES | | | | |
|---|---|---|---|---|
| FED OASDI | 2899.29 | STATE SDI | 29.74 | TOTAL ER TAXES  4751.09 |
| FED MEDICARE | 782.90 | STATE SUI | 976.33 | |
| FED FUI | 27.88 | NJ ER WORKFORCE | 34.95 | |

PAYROLL JOURNAL - PORTRAIT            CHECK DATE 10/23/2015  WEEK 43           10/23/2015
SHELLEY FOOD STORES INC II - X429     PERIOD BEGIN 10/04/2015 PERIOD END 10/17/2015    PAGE   1

| EMPLOYEE NAME | | HOURS | GROSS | FEDERAL | OASDI | STATE | LOCAL | TAXES | NET PAY |
| EMP ID   S S NO.   RATE | | | EARNINGS | EIC | MEDICARE | SDI | OTHER | DEDUCTS | CHECK NO |
|---|---|---|---|---|---|---|---|---|---|
| **GELLER, SCOTT** | | 0.00 | 7230.00 | 1132.23 | 0.00 | 318.02 | 0.00 | 1555.09 | 0.00 |
| 39603  XXX-XX-XXXX  26  M7/M7 | | | | 0.00 | 104.84 | 0.00 | 0.00 | 5674.91 | DIRDEP |
| E  SA SALARY | | | 7230.00 | 101 | | | | | |
| | | | | | | D | AR AUTO REIMBURSE | -461.54 | |
| | | | | | | D | C1 CHECKING 1 | 3536.45 | |
| | | | | | | D | C2 CHECKING 2 | 600.00 | |
| | | | | | | D | C3 CHECKING 3 | 2000.00 | |
| **\* OFFICER** | | 0.00 | 7230.00 | 1132.23 | 0.00 | 318.02 | 0.00 | 1555.09 | 0.00 |
| 101 | | | | 0.00 | 104.84 | 0.00 | 0.00 | 5674.91 | |
| 1 EMPLOYEES   1 CHECKS | | | | | | | | | |
| E  SA SALARY | | | 7230.00 | | | D | AR AUTO REIMBURSE | -461.54 | |
| | | | | | | D | C1 CHECKING 1 | 3536.45 | |
| | | | | | | D | C2 CHECKING 2 | 600.00 | |
| | | | | | | D | C3 CHECKING 3 | 2000.00 | |
| **EMPLOYER TAXES** | | | | | | | | | |
| FED MEDICARE | | 104.84 | | | | | TOTAL ER TAXES | 104.84 | |
| **BARNETT, MICHAEL** | | 0.00 | 1116.25 | 17.01 | 69.21 | 17.08 | 0.00 | 119.49 | 996.76 |
| 96691  XXX-XX-XXXX  26  M4/M4 | | | 1200.00 | 0.00 | 16.19 | 0.00 | 0.00 | 0.00 | 3577004531 |
| E  1P MED125 | | | -83.75 | 102 | | | | | |
| E  SA SALARY | | | 1200.00 | 102 | | | | | |
| **BROWN, TERREL** | | 0.00 | 1316.25 | 166.43 | 81.61 | 25.18 | 0.00 | 303.03 | 0.00 |
| 96654  XXX-XX-XXXX  26  S0/S0 | | | 1400.00 | 0.00 | 19.09 | 3.50 | 7.22 | 1013.22 | DIRDEP |
| E  1P MED125 | | | -83.75 | 102 | | D | C1 CHECKING 1 | 1013.22 | |
| E  SA SALARY | | | 1400.00 | 102 | | | | | |
| **BURNS, LAURA** | | 0.00 | 2360.20 | 268.93 | 146.33 | 46.42 | 0.00 | 495.90 | 0.00 |
| 43329  XXX-XX-XXXX  26  M0/M0 | | | 2360.20 | 0.00 | 34.22 | 0.00 | 0.00 | 1864.30 | DIRDEP |
| E  SA SALARY | | | 2360.20 | 102 | | D | AR AUTO REIMBURSE | -230.77 | |
| | | | | | | D | C1 CHECKING 1 | 2141.23 | |
| | | | | | | D | UA UNIFORM ALLOWA | -46.16 | |
| **COLEMAN, JOSEPH P** | | 0.00 | 3284.62 | 414.91 | 203.65 | 83.05 | 0.00 | 749.24 | 0.00 |
| 14754  XXX-XX-XXXX  26  M0/M0 | | | 3284.62 | 0.00 | 47.63 | 0.00 | 0.00 | 2535.38 | DIRDEP |
| E  SA SALARY | | | 3284.62 | 102 | | D | C1 CHECKING 1 | 2535.38 | |
| **JACKSON, NICOLE** | | 0.00 | 1050.00 | 57.26 | 65.10 | 14.85 | 0.00 | 160.49 | 0.00 |
| 96583  XXX-XX-XXXX  26  S3/S3 | | | | 0.00 | 15.23 | 2.63 | 5.42 | 889.51 | DIRDEP |
| E  SA SALARY | | | 1050.00 | 102 | | D | C1 CHECKING 1 | 889.51 | |

**PAYROLL JOURNAL - PORTRAIT**  CHECK DATE 10/23/2015  WEEK 43  10/23/2015
SHELLEY FOOD STORES INC II - X429  PERIOD BEGIN 10/04/2015  PERIOD END 10/17/2015  PAGE 2

| EMPLOYEE NAME | | HOURS | GROSS | FEDERAL | OASDI | STATE | LOCAL | TAXES | NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| EMP ID  S S NO. | RATE | | EARNINGS | EIC | MEDICARE | SDI | OTHER | DEDUCTS | CHECK NO |
| **LAM, CYNDI** | | 70.75 | 707.50 | 75.12 | 43.87 | 10.61 | 0.00 | 145.28 | 0.00 |
| 96579  XXX-XX-XXXX  26  S0/S0 | | | | 0.00 | 10.26 | 1.77 | 3.65 | 562.22 | DIRDEP |
| E  1 HOURLY PAY | 10.000 | 70.75 | 707.50  102 | | | D  C1 CHECKING 1 | | 562.22 | |
| **MAKULA, BELA** | | 0.00 | 6000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6000.00 |
| 96723  XXX-XX-XXXX  26  M1/M1 | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3577004532 |
| E  SA SALARY | | | 6000.00  102 | | | | | | |
| **MC GEE, KRISTEN** | | 0.00 | 970.00 | 114.49 | 60.14 | 15.55 | 0.00 | 211.67 | 0.00 |
| 96486  XXX-XX-XXXX  26  S0/S0 | | | | 0.00 | 14.07 | 2.43 | 4.99 | 758.33 | DIRDEP |
| E  SA SALARY | | | 970.00  102 | | | D  C1 CHECKING 1 | | 758.33 | |
| **MORADI, DAVIDAH** | | 0.00 | 1600.00 | 185.91 | 99.20 | 31.98 | 0.00 | 352.53 | 0.00 |
| 96736  XXX-XX-XXXX  26  S1/S1 | | | | 0.00 | 23.20 | 4.00 | 8.24 | 1247.47 | DIRDEP |
| E  SA SALARY | | | 1600.00  102 | | | D  C1 CHECKING 1 | | 1247.47 | |
| **MULLINS, KEVIN** | | 65.75 | 978.03 | 69.54 | 60.64 | 14.18 | 0.00 | 166.03 | 0.00 |
| 96539  XXX-XX-XXXX  26  S2/S2 | | | 978.03 | 0.00 | 14.18 | 2.45 | 5.04 | 812.00 | DIRDEP |
| E  1 HOURLY PAY | 14.875 | 57.75 | 859.03  102 | | | D  1C CHILD SUPPORT | | 204.00 | |
| E  S SICK | 14.875 | 8.00 | 119.00  102 | | | D  C1 CHECKING 1 | | 608.00 | |
| **ROJO, ALEXIS** | | 67.25 | 1412.25 | 126.74 | 87.56 | 24.40 | 0.00 | 259.18 | 0.00 |
| 96527  XXX-XX-XXXX  26  M0/M0 | | | | 0.00 | 20.48 | 0.00 | 0.00 | 1153.07 | DIRDEP |
| E  1 HOURLY PAY | 21.000 | 67.25 | 1412.25  102 | | | D  10 U | | 19.12 | |
| | | | | | | D  C1 CHECKING 1 | | 1133.95 | |
| **\* CLERICAL/ADMIN** | | 203.75 | 20795.10 | 1496.34 | 917.31 | 283.30 | 0.00 | 2962.84 | 6996.76 |
| 102 | | | 20962.60 | 0.00 | 214.55 | 16.78 | 34.56 | 10835.50 | |
| 11 EMPLOYEES  11 CHECKS | | | | | | | | | |
| E  1 HOURLY PAY | | 195.75 | 2978.78 | | | D  10 U | | 19.12 | |
| E  S SICK | | 8.00 | 119.00 | | | D  1C CHILD SUPPORT | | 204.00 | |
| E  1P MED125 | | | -167.50 | | | D  AR AUTO REIMBURSE | | -230.77 | |
| E  SA SALARY | | | 17864.82 | | | D  C1 CHECKING 1 | | 10889.31 | |
| | | | | | | D  UA UNIFORM ALLOWA | | -46.16 | |

**EMPLOYER TAXES**

| | | | | | |
|---|---|---|---|---|---|
| FED OASDI | 917.31 | STATE SDI | 6.71 | TOTAL ER TAXES | 1366.56 |
| FED MEDICARE | 214.55 | STATE SUI | 220.11 | | |
| | | NJ ER WORKFORCE | 7.88 | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **ALSTON, SANDERS** | | 82.25 | 1017.00 | 98.46 | 63.05 | 15.72 | 0.00 | 199.76 | 817.24 |
| 96743  XXX-XX-XXXX  26  S1/S1 | | | | 0.00 | 14.75 | 2.54 | 5.24 | 0.00 | 3577004533 |
| E  1 HOURLY PAY | 12.000 | 77.25 | 927.00  103 | | | | | | |
| E  2 OVERTIME | 18.000 | 5.00 | 90.00  103 | | | | | | |

**PAYCHEX INC (418)**     PHONE (732)968-2700

**PAYROLL JOURNAL - PORTRAIT**  CHECK DATE 10/23/2015  WEEK 43          10/23/2015
SHELLEY FOOD STORES INC II - X429    PERIOD BEGIN 10/04/2015 PERIOD END 10/17/2015    PAGE   3

| EMPLOYEE NAME | | HOURS | GROSS | FEDERAL | OASDI | STATE | LOCAL | TAXES | NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| EMP ID  S S NO. | RATE | | EARNINGS | EIC | MEDICARE | SDI | OTHER | DEDUCTS | CHECK NO |
| **BERRY, STANLEY** | | 79.25 | 969.00 | 91.26 | 60.08 | 14.76 | 0.00 | 187.56 | 769.64 |
| 96732  XXX-XX-XXXX  26  S1/S1 | | | | 0.00 | 14.05 | 2.42 | 4.99 | 11.80 | 3577004534 |
| E  1 HOURLY PAY | 12.000 | 76.25 | 915.00 | 103 | | D  L3 LOAN 1 | | 11.80 | |
| E  2 OVERTIME | 18.000 | 3.00 | 54.00 | 103 | | | | | |
| **CHATMON, CASEY** | | 65.25 | 832.50 | 70.79 | 51.62 | 12.03 | 0.00 | 152.87 | 0.00 |
| 96686  XXX-XX-XXXX  26  S1/S1 | | | | 0.00 | 12.07 | 2.08 | 4.28 | 679.63 | DIRDEP |
| E  1 HOURLY PAY | 12.000 | 57.00 | 684.00 | 103 | | D  C1 CHECKING 1 | | 679.63 | |
| E  2 OVERTIME | 18.000 | 8.25 | 148.50 | 103 | | | | | |
| **FILGUEIRAS, VICENTE** | | 74.00 | 1198.00 | 40.57 | 74.28 | 17.81 | 0.00 | 159.20 | 0.00 |
| 96730  XXX-XX-XXXX  26  M3/M3 | | | | 0.00 | 17.37 | 3.00 | 6.17 | 1038.80 | DIRDEP |
| E  1 HOURLY PAY | 16.000 | 72.25 | 1156.00 | 103 | | D  C1 CHECKING 1 | | 1038.80 | |
| E  2 OVERTIME | 24.000 | 1.75 | 42.00 | 103 | | | | | |
| **GARCIA, ORLANDO** | | 72.25 | 1228.25 | 153.23 | 76.15 | 20.72 | 0.00 | 277.31 | 950.94 |
| 96609  XXX-XX-XXXX  26  S0/S0 | | | | 0.00 | 17.81 | 3.07 | 6.33 | 0.00 | 3577004535 |
| E  1 HOURLY PAY | 17.000 | 32.25 | 548.25 | 103 | | | | | |
| E  V VACATION | 17.000 | 40.00 | 680.00 | 103 | | | | | |
| **GEORGE, RONNIE** | | 82.75 | 860.88 | 75.05 | 53.37 | 14.28 | 0.00 | 162.40 | 698.48 |
| 96685  XXX-XX-XXXX  26  S1/S1 | | | 944.63 | 0.00 | 12.48 | 2.36 | 4.86 | 0.00 | 3577004536 |
| E  1 HOURLY PAY | 11.000 | 76.50 | 841.50 | 103 | | | | | |
| E  2 OVERTIME | 16.500 | 6.25 | 103.13 | 103 | | | | | |
| E  1P MED125 | | | -83.75 | 103 | | | | | |
| **GLOVER, NORMAN** | | 71.50 | 858.00 | 74.61 | 53.20 | 12.54 | 0.00 | 159.35 | 698.65 |
| 96742  XXX-XX-XXXX  26  S1/S1 | | | | 0.00 | 12.44 | 2.15 | 4.41 | 0.00 | 3577004537 |
| E  1 HOURLY PAY | 12.000 | 71.50 | 858.00 | 103 | | | | | |
| **GONZALEZ, CHAVEZ** | | 19.25 | 250.25 | 0.00 | 15.52 | 2.60 | 0.00 | 23.68 | 226.57 |
| 96701  XXX-XX-XXXX  26  M2/M2 | | | | 0.00 | 3.63 | 0.63 | 1.30 | 0.00 | 3577004538 |
| E  1 HOURLY PAY | 13.000 | 19.25 | 250.25 | 103 | | | | | |
| **GREEN, MARC** | | 63.00 | 1694.70 | 177.04 | 105.07 | 35.42 | 0.00 | 342.10 | 0.00 |
| 42544  XXX-XX-XXXX  26  S2/S2 | | | 1694.70 | 0.00 | 24.57 | 0.00 | 0.00 | 1352.60 | DIRDEP |
| E  1 HOURLY PAY | 26.900 | 63.00 | 1694.70 | 103 | | D  10 U | | 19.12 | |
| | | | | | | D  S1 SAVINGS 1 | | 1333.48 | |
| **GREENE JR, MARC A** | | 57.00 | 684.00 | 48.51 | 42.41 | 9.68 | 0.00 | 115.76 | 408.24 |
| 96731  XXX-XX-XXXX  26  S1/S1 | | | | 0.00 | 9.92 | 1.71 | 3.53 | 160.00 | 3577004539 |
| E  1 HOURLY PAY | 12.000 | 57.00 | 684.00 | 103 | | D  1C CHILD SUPPORT | | 160.00 | |
| **GUERRERO, JORGE** | | 96.50 | 1016.13 | 121.41 | 63.00 | 18.15 | 0.00 | 225.71 | 0.00 |
| 96499  XXX-XX-XXXX  26  S0/S0 | | | 1099.88 | 0.00 | 14.73 | 2.75 | 5.67 | 790.42 | DIRDEP |
| E  1 HOURLY PAY | 10.500 | 80.00 | 840.00 | 103 | | D  C1 CHECKING 1 | | 790.42 | |
| E  2 OVERTIME | 15.750 | 16.50 | 259.88 | 103 | | | | | |
| E  1P MED125 | | | -83.75 | 103 | | | | | |

**PAYCHEX INC (418)**                    PHONE (732)968-2700

**PAYROLL JOURNAL - PORTRAIT**  CHECK DATE 10/23/2015  WEEK 43           10/23/2015
**SHELLEY FOOD STORES INC II - X429**  PERIOD BEGIN 10/04/2015 PERIOD END 10/17/2015   PAGE  4

| EMPLOYEE NAME | | HOURS | GROSS | FEDERAL | OASDI | STATE | LOCAL | TAXES | NET PAY |
| EMP ID  S S NO. | RATE | | EARNINGS | EIC | MEDICARE | SDI | OTHER | DEDUCTS | CHECK NO |
|---|---|---|---|---|---|---|---|---|---|
| **JACKSON, DWAYNE** | | 68.25 | 677.24 | 47.50 | 41.99 | 10.84 | 0.00 | 115.96 | 0.00 |
| 42931  XXX-XX-XXXX  26  S1/S1 | | | 760.99 | 0.00 | 9.82 | 1.90 | 3.91 | 561.28 | DIRDEP |
| E  1 HOURLY PAY | 11.150 | 60.25 | 671.79 | 103 | | D  1C CHILD SUPPORT | | 166.00 | |
| E  S SICK | 11.150 | 8.00 | 89.20 | 103 | | D  C1 CHECKING 1 | | 395.28 | |
| E  1P MED125 | | | -83.75 | 103 | | | | | |
| **KELLY, EUGENE** | | 100.50 | 1329.00 | 145.26 | 82.40 | 21.96 | 0.00 | 279.05 | 1049.95 |
| 96741  XXX-XX-XXXX  26  S1/S1 | | | | 0.00 | 19.27 | 3.32 | 6.84 | 0.00 | 3577004540 |
| E  1 HOURLY PAY | 12.000 | 80.00 | 960.00 | 103 | | | | | |
| E  2 OVERTIME | 18.000 | 20.50 | 369.00 | 103 | | | | | |
| **LEPARD, FRANK** | | 30.75 | 369.00 | 28.05 | 22.88 | 5.54 | 0.00 | 64.64 | 304.36 |
| 96735  XXX-XX-XXXX  26  S0/S0 | | | | 0.00 | 5.35 | 0.92 | 1.90 | 0.00 | 3577004541 |
| E  1 HOURLY PAY | 12.000 | 30.75 | 369.00 | 103 | | | | | |
| **MITCHELL, FRANK** | | 74.75 | 1975.20 | 309.91 | 122.46 | 57.22 | 0.00 | 518.23 | 0.00 |
| 46990  XXX-XX-XXXX  26  S0/S0 | | | 1975.20 | 0.00 | 28.64 | 0.00 | 0.00 | 1456.97 | DIRDEP |
| E  1 HOURLY PAY | 26.380 | 66.50 | 1754.27 | 103 | | D  10 U | | 19.12 | |
| E  2 OVERTIME | 39.570 | 0.25 | 9.89 | 103 | | D  C1 CHECKING 1 | | 1437.85 | |
| E  S SICK | 26.380 | 8.00 | 211.04 | 103 | | | | | |
| **MIXON JR, WILLIE** | | 71.50 | 917.25 | 43.26 | 56.87 | 15.40 | 0.00 | 136.49 | 780.76 |
| 96698  XXX-XX-XXXX  26  M1/M1 | | | 1001.00 | 0.00 | 13.30 | 2.50 | 5.16 | 0.00 | 3577004542 |
| E  1 HOURLY PAY | 14.000 | 31.50 | 441.00 | 103 | | | | | |
| E  V VACATION | 14.000 | 40.00 | 560.00 | 103 | | | | | |
| E  1P MED125 | | | -83.75 | 103 | | | | | |
| **MORALES, JOSE** | | 79.25 | 985.78 | 65.50 | 61.12 | 17.54 | 0.00 | 166.62 | 0.00 |
| 96437  XXX-XX-XXXX  26  M0/M0 | | | 1069.53 | 0.00 | 14.29 | 2.67 | 5.50 | 819.16 | DIRDEP |
| E  1 HOURLY PAY | 13.390 | 70.00 | 937.30 | 103 | | D  C1 CHECKING 1 | | 819.16 | |
| E  2 OVERTIME | 20.085 | 1.25 | 25.11 | 103 | | | | | |
| E  S SICK | 13.390 | 8.00 | 107.12 | 103 | | | | | |
| E  1P MED125 | | | -83.75 | 103 | | | | | |
| **PEEPLES, DEREK M.** | | 77.25 | 782.50 | 29.79 | 48.52 | 11.16 | 0.00 | 106.80 | 427.70 |
| 96674  XXX-XX-XXXX  26  M1/M1 | | | | 0.00 | 11.35 | 1.96 | 4.02 | 248.00 | 3577004543 |
| E  1 HOURLY PAY | 10.000 | 75.25 | 752.50 | 103 | | D  1C CHILD SUPPORT | | 248.00 | |
| E  2 OVERTIME | 15.000 | 2.00 | 30.00 | 103 | | | | | |
| **ROYAL III, DAVID** | | 62.50 | 478.75 | 23.64 | 29.68 | 7.86 | 0.00 | 72.43 | 116.32 |
| 96667  XXX-XX-XXXX  26  S1/S1 | | | 562.50 | 0.00 | 6.94 | 1.41 | 2.90 | 290.00 | 3577004544 |
| E  1 HOURLY PAY | 9.000 | 62.50 | 562.50 | 103 | | D  1C CHILD SUPPORT | | 290.00 | |
| E  1P MED125 | | | -83.75 | 103 | | | | | |
| **TROWELL, FREDDY** | | 77.75 | 942.00 | 87.21 | 58.40 | 14.22 | 0.00 | 180.70 | 0.00 |
| 96729  XXX-XX-XXXX  26  S1/S1 | | | | 0.00 | 13.66 | 2.36 | 4.85 | 761.30 | DIRDEP |
| E  1 HOURLY PAY | 12.000 | 76.25 | 915.00 | 103 | | D  C1 CHECKING 1 | | 761.30 | |
| E  2 OVERTIME | 18.000 | 1.50 | 27.00 | 103 | | | | | |

**PAYCHEX INC (418)**                    PHONE  (732)968-2700

**PAYROLL JOURNAL - PORTRAIT**  CHECK DATE 10/23/2015  WEEK 43                     10/23/2015
SHELLEY FOOD STORES INC II - X429      PERIOD BEGIN 10/04/2015 PERIOD END 10/17/2015     PAGE  5

| EMPLOYEE NAME | | HOURS | GROSS | FEDERAL | OASDI | STATE | LOCAL | TAXES | NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| EMP ID   S S NO. | RATE | | EARNINGS | EIC | MEDICARE | SDI | OTHER | DEDUCTS | CHECK NO |

```
* WHOLESALE                    1405.50     19065.43    1731.05    1182.07     335.45       0.00    3646.62      7248.85
  103                                      19567.93       0.00     276.44      39.75      81.86    8169.96
     20 EMPLOYEES     20 CHECKS
     E   1 HOURLY PAY           1235.25     16762.06                         D   10 U                 38.24
     E   2 OVERTIME               66.25      1158.51                         D   1C CHILD SUPPORT    864.00
     E   S SICK                   24.00       407.36                         D   C1 CHECKING 1     5922.44
     E   V VACATION               80.00      1240.00                         D   L3 LOAN 1            11.80
     E   1P MED125                            -502.50                        D   S1 SAVINGS 1       1333.48

         EMPLOYER TAXES
         FED OASDI             1182.07    STATE SDI             15.89   TOTAL ER TAXES          2036.34
         FED MEDICARE           276.44    STATE SUI            521.84
         FED FUI                 21.43    NJ ER WORKFORCE       18.67
```

---

```
ALBUQUERQUE, FERNANDO            54.00       732.00      55.71      45.38      10.40       0.00     127.70       604.30
96737  XXX-XX-XXXX  26  S1/S1                             0.00      10.61       1.83       3.77       0.00  3577004545
  E   1 HOURLY PAY   12.000      40.00       480.00 105
  E   2 OVERTIME     18.000      14.00       252.00 105

BARBOZA, GARY                    84.50      1034.46     124.16      64.14      18.52       0.00     221.82       812.64
96451  XXX-XX-XXXX  26  S0/S0                1118.21      0.00      15.00       0.00       0.00       0.00  3577004546
  E   1 HOURLY PAY   12.890      80.00      1031.20 105
  E   2 OVERTIME     19.335       4.50        87.01 105
  E   1P MED125                               -83.75 105

HARRISON, NATHANIEL              73.75       889.50      56.26      55.15      12.41       0.00     143.52         0.00
96726  XXX-XX-XXXX  26  S2/S2                             0.00      12.90       2.22       4.58     745.98      DIRDEP
  E   1 HOURLY PAY   12.000      73.00       876.00 105              D   C1 CHECKING 1            745.98
  E   2 OVERTIME     18.000       0.75        13.50 105

HINKSON, DARRYL                  96.50      1173.25      75.75      72.74      18.99       0.00     194.10         0.00
96684  XXX-XX-XXXX  26  S3/S3                1257.00      0.00      17.01       3.14       6.47     979.15      DIRDEP
  E   1 HOURLY PAY   12.000      80.00       960.00 105              D   1C CHILD SUPPORT        130.00
  E   2 OVERTIME     18.000      16.50       297.00 105              D   C1 CHECKING 1           849.15
  E   1P MED125                               -83.75 105

PIERRE, EMMANUEL                 58.75       753.00      58.86      46.69      10.72       0.00     132.95       620.05
96739  XXX-XX-XXXX  26  S1/S1                             0.00      10.92       1.88       3.88       0.00  3577004547
  E   1 HOURLY PAY   12.000      50.75       609.00 105
  E   2 OVERTIME     18.000       8.00       144.00 105

RAFAEL, DELEON                   26.75       321.00       7.87      19.90       4.24       0.00      39.12       281.88
96744  XXX-XX-XXXX  26  S1/S1                             0.00       4.65       0.80       1.66       0.00  3577004548
  E   1 HOURLY PAY   12.000      26.75       321.00 105
```

**PAYCHEX INC (418)**                                PHONE  (732)968-2700

## PAYROLL JOURNAL - PORTRAIT

CHECK DATE 10/23/2015  WEEK 43                                   10/23/2015

SHELLEY FOOD STORES INC II - X429        PERIOD BEGIN 10/04/2015  PERIOD END 10/17/2015        PAGE  6

| EMPLOYEE NAME | | HOURS | GROSS | FEDERAL | OASDI | STATE | LOCAL | TAXES | NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| EMP ID   S S NO. | RATE | | EARNINGS | EIC | MEDICARE | SDI | OTHER | DEDUCTS | CHECK NO |
| **RAMIREZ, ANGEL** | | 88.75 | 1117.50 | 90.46 | 69.29 | 16.97 | 0.00 | 201.46 | 0.00 |
| 96719   XXX-XX-XXXX  26  S2/S2 | | | | 0.00 | 16.20 | 2.79 | 5.75 | 916.04 | DIRDEP |
| E   1 HOURLY PAY | 12.000 | 80.00 | 960.00 | 105 | | D  C1 CHECKING 1 | | 916.04 | |
| E   2 OVERTIME | 18.000 | 8.75 | 157.50 | 105 | | | | | |
| **ROBERTS, TRAVIS** | | 89.00 | 1131.00 | 115.56 | 70.12 | 18.00 | 0.00 | 228.74 | 902.26 |
| 96733   XXX-XX-XXXX  26  S1/S1 | | | | 0.00 | 16.40 | 2.83 | 5.83 | 0.00 | 3577004549 |
| E   1 HOURLY PAY | 12.000 | 78.50 | 942.00 | 105 | | | | | |
| E   2 OVERTIME | 18.000 | 10.50 | 189.00 | 105 | | | | | |
| **WHITE, KARIM** | | 75.00 | 939.00 | 86.76 | 58.22 | 14.16 | 0.00 | 179.95 | 0.00 |
| 96728   XXX-XX-XXXX  26  S1/S1 | | | | 0.00 | 13.62 | 2.35 | 4.84 | 759.05 | DIRDEP |
| E   1 HOURLY PAY | 12.000 | 44.50 | 534.00 | 105 | | D  S1 SAVINGS 1 | | 759.05 | |
| E   2 OVERTIME | 18.000 | 6.50 | 117.00 | 105 | | | | | |
| E   S SICK | 12.000 | 24.00 | 288.00 | 105 | | | | | |
| **\* DRIVER** | | 647.00 | 8090.71 | 671.39 | 501.63 | 124.41 | 0.00 | 1469.36 | 3221.13 |
| 105 | | | 8258.21 | 0.00 | 117.31 | 17.84 | 36.78 | 3400.22 | |
| 9 EMPLOYEES    9 CHECKS | | | | | | | | | |
| E   1 HOURLY PAY | | 553.50 | 6713.20 | | | D  1C CHILD SUPPORT | | 130.00 | |
| E   2 OVERTIME | | 69.50 | 1257.01 | | | D  C1 CHECKING 1 | | 2511.17 | |
| E   S SICK | | 24.00 | 288.00 | | | D  S1 SAVINGS 1 | | 759.05 | |
| E   1P MED125 | | | -167.50 | | | | | | |

### EMPLOYER TAXES

| FED OASDI | 501.63 | STATE SDI | 7.14 | TOTAL ER TAXES | 875.30 |
|---|---|---|---|---|---|
| FED MEDICARE | 117.31 | STATE SUI | 234.38 | | |
| FED FUI | 6.45 | NJ ER WORKFORCE | 8.39 | | |

| **SAIAS, STEVE** | | 0.00 | 4811.54 | 758.17 | 298.32 | 173.85 | 0.00 | 1300.06 | 0.00 |
|---|---|---|---|---|---|---|---|---|---|
| 96716   XXX-XX-XXXX  26  M1/M1 | | | 4811.54 | 0.00 | 69.72 | 0.00 | 0.00 | 3511.48 | DIRDEP |
| E  SA SALARY | | | 4811.54 | 106 | | D  C1 CHECKING 1 | | 3511.48 | |
| **\* SALES** | | 0.00 | 4811.54 | 758.17 | 298.32 | 173.85 | 0.00 | 1300.06 | 0.00 |
| 106 | | | | 0.00 | 69.72 | 0.00 | 0.00 | 3511.48 | |
| 1 EMPLOYEES    1 CHECKS | | | | | | | | | |
| E  SA SALARY | | | 4811.54 | | | D  C1 CHECKING 1 | | 3511.48 | |

### EMPLOYER TAXES

| FED OASDI | 298.28 | NJ ER WORKFORCE | 0.01 | TOTAL ER TAXES | 368.05 |
|---|---|---|---|---|---|
| FED MEDICARE | 69.76 | | | | |

**PAYROLL JOURNAL - PORTRAIT**　　　　　　　　　　　CHECK DATE 10/23/2015   WEEK 43　　　　10/23/2015
**SHELLEY FOOD STORES INC II - X429**　　　PERIOD BEGIN 10/04/2015  PERIOD END 10/17/2015　　PAGE 7

| EMPLOYEE NAME | | HOURS | GROSS | FEDERAL | OASDI | STATE | LOCAL | TAXES | NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| EMP ID  S S NO. | RATE | | EARNINGS | EIC | MEDICARE | SDI | OTHER | DEDUCTS | CHECK NO |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| * SHELLEY FOOD STORES IN | | 2256.25 | 59992.78 | 5789.18 | 2899.33 | 1235.03 | 0.00 | 10933.97 | 17466.74 |
| X429 | | | 60830.28 | 0.00 | 782.86 | 74.37 | 153.20 | 31592.07 | |
| 42 EMPLOYEES | 42 CHECKS | | | | | | | | |
| E   1 HOURLY PAY | | 1984.50 | 26454.04 | | | D  10 U | | 57.36 | |
| E   2 OVERTIME | | 135.75 | 2415.52 | | | D  1C CHILD SUPPORT | | 1198.00 | |
| E   S SICK | | 56.00 | 814.36 | | | D  AR AUTO REIMBURSE | | -692.31 | |
| E   V VACATION | | 80.00 | 1240.00 | | | D  C1 CHECKING 1 | | 26370.85 | |
| E   1P MED125 | | | -837.50 | | | D  C2 CHECKING 2 | | 600.00 | |
| E   SA SALARY | | | 29906.36 | | | D  C3 CHECKING 3 | | 2000.00 | |
| | | | | | | D  L3 LOAN 1 | | 11.80 | |
| | | | | | | D  S1 SAVINGS 1 | | 2092.53 | |
| | | | | | | D  UA UNIFORM ALLOWA | | -46.16 | |

| **EMPLOYER TAXES** | | | | |
|---|---|---|---|---|
| FED OASDI | 2899.29 | STATE SDI | 29.74 | TOTAL ER TAXES   4751.09 |
| FED MEDICARE | 782.90 | STATE SUI | 976.33 | |
| FED FUI | 27.88 | NJ ER WORKFORCE | 34.95 | |

**PAYCHEX INC (418)**　　　　　　　　　　　PHONE (732)968-2700